ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 04 2008 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AVI KOSCHITZKI, on Behalf of Himself and all Others similarly situated,

    Plaintiff,

-against-

APPLE INC. and AT&T INC.,

    Defendants.

------------------------------------------------------------x

Case No. 08-4451

CLASS ACTION

DEFENDANT APPLE INC.'S DISCLOSURE STATEMENT

[FEDERAL RULE OF CIVIL PROCEDURE 7.1]

POHORELSKY, M.J.

WEINSTEIN, J.

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

TO PLAINTIFF, HIS COUNSEL OF RECORD, AND THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:

PLEASE TAKE NOTICE that Defendant Apple Inc. ("Apple"), by and through its undersigned counsel of record, hereby submits this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states as follows:

1. Apple has no parent corporation; and

2. According to Apple's Proxy Statement filed with the United States Securities and Exchange Commission in January 2008, no publicly held company owns more than 10% of Apple's outstanding stock.

sf-2596318

Dated: New York, NY
November 4, 2008

MORRISON & FOERSTER LLP

By: _____
Jamie A. Levitt (jlevitt@mofo.com)
Attorneys for Defendant
Apple Inc.
1290 Avenue of the Americas
New York, NY 10104-0050
212.468.8000