Clerk's Office
United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE
ASSIGNMENT

Civil action __08__ CV __4451__ was assigned to Judge __Weinstein__ and Magistrate Judge __Pohorelsky__ as related to _____ on __11/4__, 2008.

ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 04 2008 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

AVI KOSCHITZKI, on Behalf of Himself and all Others similarly situated,

    Plaintiff,

-against-

APPLE INC. and AT&T INC.,

    Defendants.

-----------------------------------------------------------x

Case No. _____

CLASS ACTION **08 4451**

DEFENDANT APPLE INC.'S NOTICE OF RELATED CASES

WEINSTEIN, J.
POHORELSKY, M.J.

TO PLAINTIFF, HIS COUNSEL OF RECORD, AND THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:

PLEASE TAKE NOTICE Defendant Apple Inc. ("Apple"), submits this Notice of Related Cases pursuant to Eastern District Local Rule 1.6. The following pending actions are potentially related to the present action:

1. *Sen v. Apple Inc., et al.*, Case No. 1:08-CV-3864-JBW-VVP, filed in the United States District Court for the Eastern District of New York, on September 22, 2008;

2. *Gillis v. Apple Computer, Inc. et al.*, Case No.: 37-2008-00090743-CU-BT-CTL, filed in Superior Court of California, County of San Diego, on August 29, 2008 and removed to the United States District Court for the Southern District of California on October 8, 2008, Case No. 08-CV-1835-LAB-LSP;

3. *Smith, et al. v. Apple Inc.*, Case No. CV-08-AR-1498-S, filed in the United States District Court for the Northern District of Alabama, Southern Division, on August 19, 2008;

sf-2597591

4. *Tanesco v. Apple Inc., et. al.,* Case No. 2:08-cv-04348-PGS-ES, filed in the United States District Court for the District of New Jersey, on August 29, 2008; and

5. *Walters v. Apple Computer, Inc. et al.,* Case No. 4:08CV002484JLH, filed in the Eastern District of Arkansas, Western Division, on September 12, 2008.

Dated: New York, NY  
November 4, 2008

MORRISON & FOERSTER LLP

By: _____  
Jamie A. Levitt (jlevitt@mofo.com)  
Attorneys for Defendant  
Apple Inc.  
1290 Avenue of the Americas  
New York, NY 10104-0050  
212.468.8000

2