UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVI KOSCHITZKI, on Behalf of Himself and all Others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>APPLE INC., and AT&T INC.,<br><br>Defendants. | Case No. 08 Civ. 4451<br><br>**CLASS ACTION**<br><br><u>**AFFIDAVIT OF SERVICE**</u> |

STATE OF NEW YORK     )
                                          ) ss.:
COUNTY OF NEW YORK  )

JOSHUA A. ROY, being duly sworn, deposes and says:

1. I am over 18 years of age and am a licensed process server #1259440. I am employed by Morrison & Foerster LLP and am not a party to this action.

2. On Tuesday, November 4, 2008, at approximately 2:10 p.m., I served true and correct copies of the following documents:

- Defendant Apple Inc.'s Notice of Removal, dated 11/4/08

- Civil Cover Sheet, dated 11/4/08

- Defendant Apple Inc.'s Disclosure Statement, dated 11/4/08

- Defendant Apple Inc.'s Notice of Related Cases, dated 11/4/08

- Declaration of James Bean in Support of Apple Inc.'s Notice of Removal, dated 11/3/08

- Electronic Filing Instructions for the Eastern District of New York

- Individual Motion Practices of Judge Jack B. Weinstein

all in the above captioned matter, by hand upon:

Joshua Farkas, Esq.
STEIN FARKAS & SCHWARTZ LLP
1639 East 13th St.
Brooklyn, NY 11229

by delivering and leaving same with Ms. Rachel Gordon at the above address, who introduced herself as a Legal Assistant and accepted service on behalf of Stein Farkas & Schwartz LLP.

3.  I would describe Ms. Gordon as a Caucasian female, approximately 26 years of age, approximately 5 feet 6 inches tall, pregnant, weighing approximately 140 pounds, with long, reddish-brown hair.

_____
Joshua A. Roy

Sworn to before me this
5th day of November, 2008

_____
Notary Public

LAINI GEORGE
Notary Public, State of New York
No. 01GE6170630
Qualified in Kings County
Commission Expires July 9, 20 1\_