**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AVI KOSCHITZKI, on Behalf of Himself and all Others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPLE INC. and AT&T INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:08-cv-04451-JBW-VVP |

## NOTICE OF APPEARANCE OF MARK S. REICH

TO THE CLERK OF COURT:

Please enter my appearance as counsel on behalf of plaintiff Avi Koschitzki in the above-captioned action.

Dated:  November 10, 2008

Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

By: */s/ Mark S. Reich*
Seth D. Rigrodsky
Brian D. Long
Mark S. Reich
Joseph Russello
919 North Market Street, Suite 980
Wilmington, DE  19801
Tel.:  (302) 295-5310
Fax:  (302) 654-7530

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2008 I electronically filed the foregoing Notice off Appearance of Mark S. Reich with the Clerk of Court using the CM/ECF System, which will send notification to all parties of record.

Dated: November 10, 2008

*/s/ Mark S. Reich*
Mark S. Reich