IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AVI KOSCHITZKI, on Behalf of Himself and all Others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC. and AT&T, INC.,<br><br>Defendants. | Civil Action No. 1:08-cv-04451-JBW-VVP |

## STIPULATION AND [PROPOSED] ORDER

Whereas, prior to removal of this action to this Court, the parties had stipulated to extend defendants' time to respond to the complaint in the state court action ("*Koschitzki*") to November 24, 2008, and

Whereas defendants Apple Inc. and AT&T Inc.[1] understand that named plaintiff Avi Koschitzki now intends to combine this action with *Jai Sen v. Apple Inc. and AT&T Mobility LLC*, C.A. No. 1:08-cv-03864-JBW-VVP ("*Sen*"), a related action pending before this Court, by seeking consolidation or by filing a single amended complaint in *Sen* or *Koschitzki*, and

---

[1] By filing this stipulation, AT&T, Inc. does not concede, and reserves its right to argue, that it is not a proper party to this lawsuit and that the Court lacks jurisdiction over it.

Whereas it is understood that an amended complaint (single or consolidated) will be filed, naming only Apple Inc. and AT&T Mobility LLC as defendants, and will not contain any substantive amendments to the allegations in the presently operative *Sen* and *Koschitzki* complaints, and

Whereas the parties agree that an extension of time is necessary for defendants to prepare their responses to the forthcoming amended complaint,

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties, as follows:

1. The amended complaint in *Koschitzki* or *Sen*, as described above, will be filed on or before November 13, 2008 and will be emailed to defense counsel that same day;

2. The time for defendants Apple Inc. and AT&T Mobility LLC to respond to the amended complaint in *Koschitzki* or *Sen* is hereby extended to November 24, 2008; and

3. Defendants Apple Inc. and AT&T Inc. shall have no obligation to respond to the pending complaint in *Koschitzki*. Plaintiffs shall not be granted a default judgment against

defendants in this case for failure to respond to the complaint.

| | |
|---|---|
| **STEIN FARKAS & SCHWARTZ LLP** | **MORRISON & FOERSTER LLP** |
| By: /s/ Aaron M. Stein /GCB with permission<br>Aaron M. Stein, Esq.<br>1639 East 13th Street<br>Brooklyn, NY 11229<br><br>*Attorneys for Plaintiff* | By: /s/ Jamie A. Levitt /GCB with permission<br>Jamie A. Levitt<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Tel.: (212) 468-8000<br>Fax: (212) 468-7900<br><br>*Attorneys for Defendant Apple Inc.* |
| OF COUNSEL:<br><br>**CROWELL & MORING LLP**<br>Lynn E. Parseghian<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel.: (202) 624-2582<br>Fax: (202) 628-5116 | **CROWELL MORING**<br><br>By: /s/ Stephen D. Greenblatt /GCB with permission<br>Stephen D. Greenblatt<br>153 East 53rd Street<br>New York, NY 10022<br>Tel.: (212) 895-4265<br>Fax: (212) 223-4134<br><br>*Attorneys for Defendant AT&T Inc.* |

IT IS SO ORDERED.

Dated: _____, 2008
      Brooklyn, New York

_____
The Honorable Jack B. Weinstein, U.S.D.J.