UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AVI KOSCHITZKI, on Behalf of Himself and all
Others Similarly Situated

Plaintiff,

-against-

APPLE INC. and AT&T MOBILITY LLC,

Defendants.

---

Civil Action No. 08 Civ. 4451 (JBW)(VVP)

**NOTICE OF DEFENDANT APPLE
INC.'S MOTION TO DISMISS**

ORAL ARGUMENT REQUESTED

---

PLEASE TAKE NOTICE that upon the accompanying Declaration of Jamie Levitt,
sworn to on 11/24/08, and Memorandum of Law in Support, dated 11/24/08, Defendant Apple
Inc. ("Apple") will move this Court, before the Honorable Judge Jack B. Weinstein at the United
States District Court for the Eastern District of New York located at 225 Cadman Plaza East,
Brooklyn, New York 11201 at a date and time to be determined by the Court, for an order
dismissing Plaintiff's Amended Class Action Complaint, pursuant to Rules 12(b)(6) and 9(b) of
the Federal Rules of Civil Procedure.

Dated: New York, New York
        November 24, 2008

MORRISON & FOERSTER LLP

/s/ Jamie A. Levitt

Jamie A. Levitt
1290 Avenue of the Americas
New York, New York 10104-0012
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
JLevitt@mofo.com

Attorneys for Apple Inc.

sf-2609286