# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AVI KOSCHITZKI, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>Defendants. | Civil Action No. 1:08-CV-04451-JBW-VVP |

## NOTICE OF APPEARANCE OF STEVEN D. GREENBLATT

TO THE CLERK OF THE COURT: Please enter my appearance as counsel on behalf of Defendants AT&T Mobility LLC in the above-referenced matter.

Dated: Novmeber 24, 2008        Respectfully submitted,

**CROWELL & MORING LLP**

By:     */s/ Steven D. Greenblatt*
        Steven D. Greenblatt

sgreenblatt@crowell.com
153 East 53rd Street, 31st Floor
New York, New York 10022
Telephone: (212) 223-4000, Facsimile: (212) 223-4134

Attorney for Defendant AT&T Mobility LLC

# CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2008 I electronically filed the foregoing Notice of Appearance of Steven D. Greenblatt with the Clerk of Court using the ECF system, which will send notification of such filing to all Parties of record.

Attorney for Plaintiffs

Dated: November 24, 2008

*/s/ Steven D. Greenblatt*
Steven D. Greenblatt