UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVI KOSCHITZKI, on Behalf of Himself and all Others Similarly Situated<br><br>Plaintiff,<br><br>- against -<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>Defendants. | Civil Action No. 08 Civ. 4451 (JBW) (VVP)<br><br>**CERTIFICATE OF SERVICE** |

I, Gino C. Barbera, hereby certify that on Monday, November 24, 2008, true and correct copies of Apple Inc.'s Notice of Motion to Dismiss, Declaration in Support of Motion to Dismiss, Memorandum of law in Support of Motion to Dismiss, Notice of Motion to Strike, Declaration in Support of Motion to Strike, and Memorandum of Law in Support of Motion to Strike, all dated 11/24/08, in the above captioned proceeding, were served electronically in accordance with the Federal Rules of Civil Procedure and the EDNY cm/ECF User's Guide, upon all counsel of record, and separately by first class mail upon:

> Joshua Farkas
> Stein Farkas & Schwartz LLP
> 1639 East 13th Street
> Brooklyn, NY 11229

Dated: November 24, 2008
      New York, New York

                                  MORRISON & FOERSTER LLP

                                  By: _____
                                     Gino C. Barbera (GBarbera@mofo.com)
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 336-4331
Facsimile: (212) 468-7900