UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AVI KOSCHITZKI, on Behalf of Himself and all Others Similarly Situated,

                Plaintiff,

           v.                            Case No. 1:08-cv-04451-JBW-VVP

APPLE INC. and AT&T MOBILITY LLC,

                Defendants.

## NOTICE OF MOTION AND MOTION OF AT&T MOBILITY LLC TO COMPEL ARBITRATION AND DISMISS CLAIMS

TO:    ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT, Defendant AT&T Mobility LLC ("ATTM") will respectfully move this court, before the Honorable Jack B. Weinstein, Senior United States District Judge, Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on a date and time to be determined by the parties in accordance with the Court's schedule, pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1–16, for an order (i) compelling plaintiff Avi Koschitzki to pursue his claims in arbitration or small claims court and (ii) dismissing all claims against ATTM. In support of this Motion, ATTM relies upon its supporting Memorandum of Law and the Declarations of Adam Gill, Caroline Mahone-Gonzalez, TJ Terry, Richard A. Nagareda, Harry Bennett, and Theodore Weiman, and the exhibits thereto, all of which are being filed concurrently herewith.

Dated: November 24, 2008                Respectfully submitted,

                                              /s Steven D. Greenblatt
                                              Steven D. Greenblatt (SG – 5105)
                                              CROWELL & MORING LLP

1

153 East 53rd Street, 31st Floor
New York, NY 10022
(212) 895-4200

*Counsel for Defendant AT&T Mobility LLC*

*Of Counsel:*

Kathleen Taylor Sooy
Lynn E. Parseghian
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2500

Evan M. Tager
Archis A. Parasharami
Kevin S. Ranlett
MAYER BROWN LLP
1909 K St., NW
Washington, DC 20006
(202) 263-3000