UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------ X
                                     :
AVI KOSCHITZKI, on Behalf of Himself and :
all Others Similarly Situated,       :   Civil Action No. 1:08-cv-04451-JBW-VVP
                                     :
        Plaintiff,                   :   **DECLARATION OF HARRY
                                     :   BENNETT IN SUPPORT OF
    vs.                              :   DEFENDANT AT&T MOBILITY
                                     :   LLC'S MOTION TO COMPEL
APPLE INC. and AT&T MOBILITY LLC,    :   ARBITRATION AND DISMISS
                                     :   ACTION**
        Defendant.                   :
                                     :
------------------------------------ X

I, Harry Bennett, hereby declare as follows:

1.  The following facts are of my own personal knowledge, and if called as a witness I could and would testify competently as to their truth.

2.  I am employed by AT&T Mobility LLC ("ATTM") (formerly Cingular Wireless LLC ("Cingular")) as the Executive Director for E-Commerce Operations. I have held this position since October 2005. (Between October 2005 and September 2006, my title was Senior Director for E-Commerce Operations.) Before that, I was Director of IT (Information Technology) for Cingular.

3.  My job responsibilities include, among other things, overseeing the business group that manages ATTM's e-commerce activities and that maintains ATTM's web site.

4.  ATTM's home page may be accessed at http://www.wireless.att.com or by going to http://www.att.com and clicking on the link marked "Wireless" toward the top of the web page.

5.  ATTM's current arbitration provision is available on ATTM's web site at http://www.att.com/disputeresolution. A true and correct printout of that web page is attached as Exhibit 1.

6. Additional information about ATTM's arbitration procedures may be found on ATTM's web site at http://www.att.com/arbitration-information. A true and correct printout of that web page is attached as Exhibit 2.

7. ATTM gives customers access to forms for initiating the arbitration process by providing both a Notice of Dispute form and an Arbitration Initiation form on its web site (at http://www.att.com/arbitration-forms). True and correct copies of these forms are attached as Exhibits 3 and 4.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2008.

                                                           Harry Bennett