UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------ X
                                         :

AVI KOSCHITZKI, on Behalf of Himself and
all Others Similarly Situated,                  :    Civil Action No. 1:08-cv-04451-JBW-VVP

                 Plaintiff,               **DECLARATION OF THEODORE**
                                           **WEIMAN IN SUPPORT OF**
   vs.                                    :    **DEFENDANT AT&T MOBILITY**
                                            **LLC'S MOTION TO COMPEL**
APPLE INC. and AT&T MOBILITY LLC,           **ARBITRATION AND DISMISS**
                                          :    **ACTION**
                Defendant.
                                          :

------------------------------------ X

I, Theodore Weiman, hereby declare as follows:

    1.    The following facts are of my own personal knowledge, and if called as a witness I could and would testify competently as to their truth.

    2.    I am employed as an attorney by the law firm of Mayer Brown LLP.

    3.    On November 24, 2008, I visited the American Arbitration Association ("AAA") website at http://www.adr.org/sp.asp?id=22014, which contains a web page entitled "Supplementary Procedures for Consumer-Related Disputes." Attached hereto as Exhibit 1 is a true and correct printout of the print version of that web page.

    4.    On November 24, 2008, I visited the AAA website at http://www.adr.org/sp.asp?id=22440, which contains a web page entitled "Commercial Arbitration Rules." Attached hereto as Exhibit 2 is a true and correct printout of the print version of that web page.

    5.    On November 24, 2008, I visited the AAA website at http://www.adr.org/sp.asp?id=29041, which contains a web page with the subtitle "AAA Filing

Forms." Attached hereto as Exhibit 3 is a true and correct printout of the document appearing at the "Consumer-Related Disputes" link of that web page.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 24, 2008.

_____
Theodore Weiman