## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVI KOSCHITZKI, on Behalf of Himself and all Others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 08 Civ. 4451 (JBW) (VVP)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION AND [PROPOSED] ORDER**

WHEREAS on November 12, 2008, plaintiff Avi Koschitzki ("Plaintiff") filed the Amended Class Action Complaint (the "Complaint") in this action;

WHEREAS on November 24, 2008, defendants Apple Inc. ("Apple") and AT&T Mobility LLC ("ATTM") (collectively, "Defendants") each separately filed a motion to dismiss the Complaint; Apple filed a motion to strike Plaintiff's claim for minimum and punitive damages under the New York General Business Law; and ATTM filed a motion, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16, for an order, *inter alia*, compelling Plaintiff to pursue his claims in arbitration or small claims court (collectively, the "Motions");

WHEREAS the parties believe that an extension is warranted in connection with the orderly and simultaneous briefing of the Motions, and in light of the holidays; and

WHEREAS no party has previously requested the Court to grant an extension with respect to the briefing of the Motions;

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel, as follows:

1.　　　　Plaintiff shall file his opposition to the Motions on or before January 8, 2009; and

2. Defendants shall file their reply to such opposition on or before January 26, 2009.

| | |
|---|---|
| **RIGRODSKY & LONG, P.A.** | OF COUNSEL: |

By: */s/ Joseph Russello*
   Seth D. Rigrodsky
   Brian D. Long
   Mark S. Reich
   Joseph Russello
   919 North Market Street, Suite 980
   Wilmington, DE 19801
   Tel.: (302) 295-5310
   Fax: (302) 654-7530

**STEIN FARKAS & SCHWARTZ LLP**
   Aaron M. Stein
   Joshua Farkas
   1639 E. 13th Street
   Brooklyn, NY 11229
   Tel: (718) 645-5600
   Fax: (718) 645-3767

*Attorneys for Plaintiff*

**CROWELL & MORING LLP**     OF COUNSEL:

By: */s/ Steven D. Greenblatt*
   Steven D. Greenblatt
   153 East 53rd Street
   New York, NY 10022
   Tel.: (212) 895-4265
   Fax: (212) 223-4134

**CROWELL & MORING LLP**
   Lynn E. Parseghian
   1001 Pennsylvania Avenue, N.W.
   Washington, DC 20004
   Tel.: (202) 624-2582
   Fax: (202) 628-5116

*Attorneys for Defendant AT&T Mobility LLC*

**MORRISON & FOERSTER LLP**

By: */s/ Jamie A. Levitt*
   Jamie A. Levitt
   1290 Avenue of the Americas
   New York, NY 10104
   Tel.: (212) 468-8000
   Fax: (212) 468-7900

*Attorneys for Defendant Apple Inc.*

IT IS SO ORDERED.

Dated: December ___, 2008       _____
       Brooklyn, New York             The Honorable Jack B. Weinstein, U.S.D.J.