# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AVI KOSCHITZKI, on Behalf of Himself and all Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. and AT&T MOBILITY LLC, <br><br> Defendants. | Civil Action No. 1:08-CV-04451-JBW-VVP |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, AT&T Mobility LLC, by and through undersigned counsel, hereby states that it is a limited liability company organized under the laws of the State of Delaware. No publicly held company holds 10% or more of AT&T Mobility LLC's stock.

Dated: December 17, 2008                Respectfully submitted,

By:   */s/ Steven D. Greenblatt*
      Steven D. Greenblatt
      CROWELL & MORING LLP
      153 E. 53rd Street, 31st Floor
      New York, New York 10022
      Telephone: (212) 223-4000
      Facsimile: (212) 223-4134

      Kathleen Taylor Sooy
      Lynn E. Parseghian
      CROWELL & MORING LLP
      1001 Pennsylvania Avenue, NW
      Washington, DC 20004
      Telephone: (202) 624-2500
      Facsimile: (202) 628-5116

      *Counsel for Defendant AT&T Mobility LLC*

Of Counsel:
Evan M. Tager
Archis A. Parasharami
Kevin Ranlett
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2008 I electronically filed the foregoing Rule 7.1 Corporate Disclosure Statement with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

>Joshua Farkas
>Stein Farkas & Schwartz LLP
>1639 East 13th Street
>Brooklyn, New York 11229
>
>Jamie A. Levitt
>Morrison & Foerster, LLP
>1290 Avenue of the Americas
>New York, New York 10104
>
>Mark S. Reich
>Rigrodsky & Long P.A.
>919 North Market Street
>Suite 980
>Wilmington, DE 19801

Dated December 17, 2008            /s/ *Steven D. Greenblatt*
                                                   Steven D. Greenblatt