# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AVI KOSCHITZKI, on Behalf of Himself and all Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. and AT&T MOBILITY LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 1:08-CV-04451-JBW-VVP <br><br> **AFFIDAVIT** |

DISTRICT OF COLUMBIA   ) <br>
                      )    ss.: <br>
                      )

LYNN E. PARSEGHIAN, being duly sworn, deposes and says:

1.     I am an attorney with the firm of Crowell & Moring LLP, 1001 Pennsylvania Ave, N.W., Washington, D.C. 20004..

2.     I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter on behalf of Defendant AT&T Mobility LLC.

3.     As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the District of Columbia and the Bar of the State of New York.

4.     There are no pending disciplinary proceedings against me in any State or Federal Court.

5.     Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this one case.

Lynn E. Parseghian

Sworn to before me this 10th
Dec day of December, 2008

Barbara M. Backus
Notary Public, District of Columbia
My Commission Expires 7/14/2012



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

---

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

# Lynn Elizabeth Parseghian

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **25th day of February, 1992**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **8th day of December, 2008**.



Clerk



### District of Columbia Court of Appeals
#### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

LYNN E. PARSEGHIAN

---

was on the ___13TH___ day of ___NOVEMBER, 1992___

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on January
6, 2009.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk