**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| AVI KOSCHITZKI, on Behalf of Himself and all Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 1:08-CV-04451-JBW-VVP |
| v. | ) ) ) | |
| APPLE INC. and AT&T MOBILITY LLC, | ) ) ) | |
| Defendants. | ) ) | |

PLEASE TAKE NOTICE that upon the annexed affidavit of Kathleen Taylor Sooy, in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court before the Honorable Viktor V. Pohorelsky at the United States District Court, 225 Cadman Plaza, New York, NY 11201, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Crowell & Moring LLP, and a member in good standing of the Bars of the State of Virginia, and the District of Columbia , as attorney pro hac vice to argue or try this case in whole or in part as counsel for AT&T Mobility LLC. There are no pending disciplinary proceedings against me in any State or Federal Court.

Respectfully submitted,

  /s/ Kathleen Taylor Sooy_____
Kathleen Taylor Sooy
CROWELL & MORING LLP
1001 Pennsylvania Avenue
Washington, D.C. 20004
Ksooy@crowell.com
(202) 624-2500