# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

AVI KOSCHITZKI, on Behalf of Himself )
and all Others Similarly Situated, )
)
          Plaintiff, )
) Civil Action No. 1:08-CV-04451-JBW-VVP
v. )
)
APPLE INC. and AT&T MOBILITY LLC, )
)
          Defendants. )

DISTRICT OF COLUMBIA )
          ss.:
)

KATHLEEN TAYLOR SOOY, being duly sworn, deposes and says:

1. I am a member of the firm of Crowell & Moring LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bars of the District of Columbia and the State of Virginia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this one case.

          _____
          Kathleen Taylor Sooy

Sworn to before me this
6th day of January, 2009

*Barbara M. Backus*

**Barbara M. Backus**
**Notary Public, District of Columbia**
**My Commission Expires 7/14/2012**

# VIRGINIA STATE BAR



## CERTIFICATE OF GOOD STANDING

This is to certify that **KATHLEEN TAYLOR SOOY** is an active member of the Virginia State Bar in good standing. **MS. SOOY** was licensed to practice law in Virginia on **OCTOBER 2, 1984**, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.

Issued December 22, 2008

*Karen A. Gould*
Executive Director and
Chief Operating Officer



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

 

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

KATHLEEN T. SOOY

was on the 15TH day of NOVEMBER, 1991 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 6, 2009.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: *[signature]*
>     Deputy Clerk