# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AVI KOSCHITZKI, on Behalf of Himself and all Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. and AT&T MOBILITY LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:08-CV-04451-JBW-VVP |

## NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed affidavit of Kevin Ranlett, in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court before the Honorable Viktor V. Pohorelsky at the United States District Court, 225 Cadman Plaza, New York, NY 11201, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Mayor Brown LLP, and a member in good standing of the Bars of the State of New York, and the District of Columbia , as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant AT&T Mobility LLC. There are no pending disciplinary proceedings against movant in any State or Federal Court.

Respectfully submitted,

 /s/ Kevin Ranlett
Kevin Ranlett
MAYOR BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
Kranlett@mayorbrown.com
(202) 263-3000