UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------

AVI KOSCHITZKI, on Behalf of Himself and all
Others Similarly Situated,

                    Plaintiff,

       v.                             Case No. 1:08-cv-04451-JBW-VVP

APPLE INC. and AT&T MOBILITY LLC,

                    Defendants.
----------------------------------------------------------------

District of Columbia    )
                            )   ss:
Washington               )

KEVIN RANLETT, hereby declares as follows:

1.     I am an attorney with the law firm Mayer Brown LLP, 1909 K Street, N.W., Washington, D.C. 20006.

2.     I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.     As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia and the State Bar of New York.

4.     There are no pending disciplinary proceedings against me in any State or Federal court.

5.  Wherefore, your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2008.

_____
Kevin Ranlett



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**KEVIN S. RANLETT**

was on the  6TH  day of  JULY, 2007  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 10, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, Michael J. Novack, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Kevin Scott Ranlett

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **27th day of June, 2006**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **10th day of December, 2008**.



Clerk