UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

AVI KOSCHITZKI, on Behalf of Himself and all
Others Similarly Situated,

                      Plaintiff,

                *v.*                            Case No. 1:08-cv-04451-JBW-VVP

APPLE INC. and AT&T MOBILITY LLC,

                      Defendants.

-----------------------------------------------------------------

| District of Columbia | ) | |
|---|---|---|
| | ) | ss: |
| Washington | ) | |

    ARCHIS A. PARASHARAMI, hereby declares as follows:

    1.    I am an attorney with the law firm Mayer Brown LLP, 1909 K Street, N.W., Washington, D.C. 20006.

    2.    I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

    3.    As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia and the State Bar of New York.

    4.    There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore, your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2008.

_____
Archis A. Parasharami



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ARCHIS A. PARASHARAMI

was on the 3RD day of JUNE, 2002 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 10, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk



# Appellate Division of the Supreme Court
# of the State of New York
# Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Archis Ashok Parasharami** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 23rd day of **January 2002**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on December 10, 2008.



Clerk of the Court