IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVI KOSCHITZKI, on Behalf of Himself and all Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 1:08-cv-04451-JBW-VVP ) |
| v. | ) ) |
| APPLE INC. and AT&T MOBILITY INC., | ) **PLAINTIFF'S NOTICE OF MOTION** ) **TO STRIKE THE DECLARATION OF** |
| Defendants. | ) **RICHARD NAGAREDA** ) |

PLEASE TAKE NOTICE THAT, upon all prior proceedings and the accompanying Memorandum of Law, dated January 8, 2009, Plaintiff Avi Koschitzki will respectfully move this Court, before the Honorable Jack B. Weinstein, U.S.D.J., at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, on a date and time to be determined by the parties in accordance with Court's schedule or otherwise as the Court determines, and prior to or simultaneously with the determination of Defendant AT&T Mobility Inc.'s ("AT&T") Motion to Compel Arbitration and Dismiss Claims, for an Order striking the Declaration of Richard Nagareda that AT&T submitted in support of its Motion (filed as Docket Entry #22), together with such other, further or different relief that this Court deems just and proper.

DATED: January 8, 2009                    Respectfully Submitted,

                                          **RIGRODSKY & LONG, P.A.**

                                          */s/ Mark S. Reich*
                                          Mark S. Reich
                                          Joseph Russello
                                          585 Stewart Avenue, Suite 304
                                          Garden City, NY 11530
                                          Tel.: (516) 683-3516
                                          Fax: (302) 654-7530

                                      Seth D. Rigrodsky
Brian D. Long
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel.: (302) 295-5310
Fax: (302) 654-7530

*Counsel for Plaintiff*

OF COUNSEL:

**STEIN FARKAS & SCHWARTZ LLP**
Aaron M. Stein
Joshua Farkas
1639 E. 13th Street
Brooklyn, NY 11229
Tel.: (718) 645-5600
Fax: (718) 645-3767