```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| AVI KOSCHITZKI, on Behalf of Himself and all Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. and AT&T MOBILITY LLC, <br><br> Defendants. | Civil Action No. 1:08-CV-04451-JBW-VVP |

### **STIPULATION AND [PROPOSED] ORDER**

WHEREAS on November 24, 2008, defendants Apple Inc. ("Apple") and AT&T Mobility LLC ("ATTM") (collectively, "Defendants") each separately filed a motion to dismiss the Complaint; Apple filed a motion to strike Plaintiff's claim for minimum and punitive damages under the New York General Business Law (in which ATTM joined); and ATTM filed a motion, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16, for an order, *inter alia*, compelling Plaintiff to pursue his claims in arbitration or small claims court (collectively, the "Motions");

WHEREAS on January 8, 2009, plaintiff Avi Koschitzki filed oppositions to the Motions;

WHEREAS, on January 8, 2009, Koschitzki also filed a motion to strike the Declaration of Richard A. Nagareda, which ATTM had submitted in support of its motion to compel arbitration;

WHEREAS, the parties agree that ATTM will file its opposition to Koschitzki's motion to strike by January 26, 2009;

WHEREAS, the parties agree that, in the interest of judicial economy, Koschitzki's motion to strike should be on the same schedule as ATTM's motion to compel arbitration; and

WHEREAS this is the parties' first request for a short extension of time in connection with the briefing of Koschitzki's motion to strike, and the parties' second request for a short extension of time in connection with the briefing of ATTM's motions to compel arbitration and to dismiss and Apple's motion to strike and to dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, that the time for Plaintiff to file his reply in support of his Motion to Strike the Declaration of Nagareda, is hereby extended from February 2, 2009 to February 17, 2009 and the time for Defendants to file their replies in support of their Motions, is hereby extended from January 26, 2009 to February 17, 2009.

| | |
|---|---|
| **RIGRODSKY & LONG, P.A.** | **MORRISON & FOERSTER LLP** |
| BY: /s/Mark S. Reich | BY: /s/Jamie A. Levitt |
|     Mark S. Reich |     Jaime A. Levitt |
|     Joseph Russello |     1290 Avenue of the Americas |
|     585 Stewart Ave. |     New York, NY 10104 |
|     Suite 304 |     Tel.: (212) 468-8000 |
|     Garden City, NY 11530 |     Fax: (212) 468-7900 |
|     Tel: (516) 683-3516 | |
|     Fax: (302) 654-7530 | *Attorney for Defendant Apple Inc.* |

and

| | |
|---|---|
| Seth D. Rigrodsky<br>Brian Long<br>919 New Market St., Suite 980<br>Wilmington, DE 19801<br>Tel: (302) 395-5310<br>Fax: (302) 654-7530 | **CROWELL & MORING LLP**<br>By: /s/ Stephen D. Greenblatt<br>Stephen D. Greenblatt<br>153 East 53rd Street<br>New York, NY 10022<br>Tel.: (212) 895-4265<br>Fax: (212) 223-4134 |
| *Attorneys for Plaintiff* | *Attorney for Defendant AT&T Mobility LLC* |
| OF COUNSEL: | OF COUNSEL: |
| **STEIN FARKAS & SCHWARTZ LLP**<br>Aaron M. Stein<br>Joshua Farkas<br>1639 East 13 St.<br>Brooklyn, NY 11229<br>Tel: (718) 645-5600<br>Fax: (718) 645-3767 | **CROWELL & MORING LLP**<br>Kathleen Taylor Sooy<br>Lynn E. Parseghian<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel.: (202) 624-2500<br>Fax: (202) 628-5116 |
| | **MAYER BROWN LLP**<br>Evan M. Tager<br>Archis A. Parasharami<br>Kevin S. Ranlett<br>1909 K St., NW<br>Washington, DC 20006<br>Tel: (202) 263-3000<br>Fax: (202) 263-3300 |

IT IS SO ORDERED.

Dated:_____, 2009
    Brooklyn, New York                    _____
                                                 The Honorable Jack B. Weinstein, U.S.D.J.