UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AVI KOSCHITZKI on Behalf of Himself
and all Others Similarly Situated

                    -v-

APPLE INC.  and AT&T Mobility LLC
-------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 1 1 2009 ★

BROOKLYN OFFICE
CV08-4451 (JBW)

JACK B. WEINSTEIN, Senior District Judge:


Defendant's motion to compel arbitration, and plaintiff's motion to strike the

declaration of Richard Nagareda will be heard at an evidentiary hearing on March 13, 2009, at

10:00 a.m.


So Ordered:

Jack B. Weinstein
Sr. United States District Judge

Dated: 1/13/09
        Brooklyn, New York