361706

A062 SWEDA
(Rev. 6-90)

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK
at BROOKLYN 01-09-2009(FRI) 01:46 Pm
DRAW 1 030429
Receipt#361706

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 11 2009 ★

BROOKLYN OFFICE

| Fund | | | | |
|------|---|---|---|---|
| 6855XX | Deposit Funds | | | |
| 604700 | Registry Funds | | | |
| | General and Special Funds | | | |
| 508800 | Immigration Fees | 1 | PRO HAC VICE | 25.00 |
| 085000 | Attorney Admission Fees | | # 6855XX | |
| 086900 | Filing Fees | | CHK# | 801194 |
| 322340 | Sale of Publications | | | |
| 322350 | Copy Fees | 1 | PRO HAC VICE | 25.00 |
| 322360 | Miscellaneous Fees | | # 6855XX | |
| 143500 | Interest | | CHK# | 801231 |
| 322380 | Recoveries of Court Costs | 1 | PRO HAC VICE | 25.00 |
| 322386 | Restitution to U.S. Government | | # 6855XX | |
| 121000 | Conscience Fund | | | |
| 129900 | Gifts | | CHK# | 801229 |
| 504100 | Crime Victims Fund | 1 | PRO HAC VICE | 25.00 |
| 613300 | Unclaimed Monies | | # 6855XX | |
| 510000 | Civil Filing Fee (1/2) | | | |
| 510100 | Registry Fee | | CHK# | 801230 |
| | | | TOTAL--» | 100.00 |

CASE REFERENCE: Prohacvice 08cv4451(JBW)

CHECK 100.00

RECEIVED FROM

_Crowell Morning_

DEPUTY CLERK _____

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.

Dockets.Justia.com