AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Eastern    DISTRICT OF    New York

## APPEARANCE

AVI KOSCHITZKI v. APPLE INC. and AT&T MOBILITY LLC     Case Number: 1:08-cv-04451-JBW-VVP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AT&T Mobility LLC

I certify that I am admitted to practice in this court.

*Admitted pro hac vice Jan. 7, 2009*

| | |
|---|---|
| 2/17/2009 | [signature] |
| Date | Signature |
| | Kevin Ranlett     4411757 (NY) |
| | Print Name     Bar Number |
| | 1909 K Street, N.W. |
| | Address |
| | Washington    D.C.    20006-1101 |
| | City    State    Zip Code |
| | (202) 263-3217     (202) 263-5217 |
| | Phone Number     Fax Number |