AO 458 (Rev. 10/95)    Appearance

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | New York |
|---|---|---|

## APPEARANCE

AVI KOSCHITZKI v. APPLE INC. and AT&T MOBILITY LLC          Case Number:  1:08-cv-04451-JBW-VVP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AT&T Mobility LLC

I certify that I am admitted to practice in this court.

*Admitted pro hac vice on 1/8/2009.*

| 2/17/2009 | | |
|---|---|---|
| Date | Signature | |
| | Archis A. Parasharami | 4013025 (NY) |
| | Print Name | Bar Number |
| | 1909 K Street, N.W. | |
| | Address | |
| | Washington          D.C. | 20006-1101 |
| | City          State | Zip Code |
| | (202) 263-3328 | (202) 263-5328 |
| | Phone Number | Fax Number |