AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__Eastern__   DISTRICT OF   __New York__

## APPEARANCE

AVI KOSCHITZKI v. APPLE INC. and AT&T MOBILITY LLC      Case Number: 1:08-cv-04451-JBW-VVP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AT&T Mobility LLC

I certify that I am admitted to practice in this court.

*Admitted pro hac vice on 1/8/2009.*

2/17/2009
Date

[Signature]
Signature

Archis A. Parasharami                               4013025 (NY)
Print Name                                          Bar Number

1909 K Street, N.W.
Address

Washington          D.C.            20006-1101
City                State           Zip Code

(202) 263-3328      (202) 263-5328
Phone Number        Fax Number