UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 1 9 2009 ★

BROOKLYN OFFICE

)
AVI KOSCHITZKI, on Behalf of Himself )
and all Others Similarly Situated, )
)
Plaintiff, )
)
v. )  Civil Action No. 1:08-CV-04451-JBW-VVP
)
APPLE INC. and AT&T MOBILITY LLC, )
)
Defendants. )
)

## STIPULATION AND ORDER

WHEREAS on November 24, 2008, defendants Apple Inc. ("Apple") and AT&T Mobility LLC ("ATTM") (collectively, "Defendants") each separately filed a motion to dismiss the Complaint; Apple filed a motion to strike Plaintiff's claim for minimum and punitive damages under the New York General Business Law (in which ATTM joined); and ATTM filed a motion, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16, for an order, *inter alia*, compelling Plaintiff to pursue his claims in arbitration or small claims court (collectively, the "Motions");

WHEREAS on January 8, 2009, plaintiff Avi Koschitzki ("Koschitzki") filed oppositions to the Motions;

WHEREAS, on January 8, 2009, Koschitzki also filed a motion to strike the Declaration of Richard A. Nagareda, which ATTM had submitted in support of its motion to compel arbitration;



WHEREAS, on January 26, 2009, ATTM filed its opposition to Koschitzki's motion to strike;

WHEREAS, the parties agree that ATTM's reply to its motion to compel arbitration and Koschitzki's reply to its motion to strike the declaration of Richard Nagareda shall be extended from February 17, 2009 to February 24, 2009.

WHEREAS this is the parties' second request for a short extension of time in connection with the briefing of Koschitzki's motion to strike, and the parties' third request for a short extension of time in connection with the briefing of ATTM's motion to compel arbitration;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, that the time for ATTM to file its reply to its motion to compel arbitration and the time for Koschitzki to file his reply to the motion to strike the declaration of Richard Nagareda is hereby extended from February 17, 2009 to February 24, 2009.

Dated: February 13, 2009

**RIGRODSKY & LONG, P.A.**
BY: /s/Mark S. Reich
    Mark S. Reich
    Joseph Russello
    585 Stewart Avenue, Suite 304
    Garden City, NY 11530
    Tel: (516) 683-3516
    Fax: (302) 654-7530

    and

**CROWELL & MORING LLP**
By: /s/ Stephen D. Greenblatt
    Stephen D. Greenblatt
    153 East 53rd Street
    New York, NY 10022
    Tel.: (212) 895-4265
    Fax: (212) 223-4134

*Attorney for Defendant AT&T Mobility LLC*

Seth D. Rigrodsky
Brian D. Long
919 New Market Street, Suite 980
Wilmington, DE 19801
Tel: (302) 395-5310
Fax: (302) 654-7530

*Attorneys for Plaintiff*

OF COUNSEL:

**STEIN FARKAS & SCHWARTZ LLP**
Aaron M. Stein
Joshua FarkAs
1639 East 13 St.
Brooklyn, NY 11229
Tel: (718) 645-5600
Fax: (718) 645-3767

OF COUNSEL:

**CROWELL & MORING LLP**
Kathleen Taylor Sooy
Lynn E. Parseghian
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 624-2500
Fax: (202) 628-5116

**MAYER BROWN LLP**
Evan M. Tager
Archis A. Parasharami
Kevin S. Ranlett
1909 K St., NW
Washington, DC 20006
Tel: (202) 263-3000
Fax: (202) 263-3300

IT IS SO ORDERED.

Dated: 2/17, 2009
Brooklyn, New York

_____
The Honorable Jack B. Weinstein, U.S.D.J.