BEFORE:  VIKTOR V. POHORELSKY                      DATE:          2/20/09
             U.S. MAGISTRATE JUDGE                  START TIME:    12:15 p.m.
                                                                               END TIME:      12:30 p.m.

DOCKET NO.    CV-08-4451                                      JUDGE:    JBW

CASE NAME:    Koschitzki et al. v. Apple, Inc., et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Scheduling (discovery motion)

APPEARANCES:    Plaintiff    Mark Reich, Joseph Russello

                           Defendant    Lynn Parseghian (AT&T) (by telephone); NO APPEARANCE (Apple)

SCHEDULING AND RULINGS:

1. A hearing regarding the plaintiffs' notices to take depositions and the defendants' motion for a protective order to prevent them will be held by telephone on Monday, February 23, 2009 at 3:00 p.m. Counsel for the plaintiffs will arrange the conference call.
2. Counsel may submit written argument in support of their respective positions, provided that it is filed no later than 12:00 noon on February 23.