UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AVI KOSCHITZKI, on Behalf of Himself and all Others Similarly Situated,

                    Plaintiff,

        v.                    Case No. 1:08-cv-04451-JBW-VVP

APPLE INC. and AT&T MOBILITY LLC,

                    Defendants.

## NOTICE OF MOTION AND MOTION OF
## AT&T MOBILITY LLC FOR A PROTECTIVE ORDER

TO:    ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT, defendant AT&T Mobility LLC ("ATTM") will respectfully move this court, before the Honorable Viktor V. Pohorelsky, United States District Magistrate Judge, Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on February 23, 2009 at 3:00 p.m., pursuant to Federal Rule of Civil Procedure 26(c), for a protective order barring plaintiff Avi Koschitzki from taking the noticed depositions of Carolina Mahone-Gonzalez, Adam Gill, Richard Nagareda, and TJ Terry.

In support of this Motion, ATTM relies upon its supporting Memorandum of Law and the Supplemental Declaration of TJ Terry, which are being filed concurrently herewith.

Dated: February 23, 2008             Respectfully submitted,

                                          /s Kevin Ranlett
                                          Evan M. Tager (of counsel)
                                          Archis A. Parasharami (*pro hac vice*)
                                          Kevin Ranlett (*pro hac vice*)
                                          MAYER BROWN LLP
                                          1909 K St., NW
                                          Washington, DC 20006

1

(202) 263-3000

Steven D. Greenblatt (SG – 5105)
CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, NY 10022
(212) 895-4200

Kathleen Taylor Sooy (*pro hac vice*)
Lynn E. Parseghian (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2500

*Counsel for Defendant AT&T Mobility LLC*