UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AVI KOSCHITZKI, On Behalf Of Himself
and all Others Similarly Situated,

       Plaintiff,

 v.

APPLE INC. and AT&T MOBILITY LLC,

       Defendants.

Civil Action No. 08 Civ. 4451 (JBW) (VVP)

### DEFENDANT APPLE INC.'S NOTICE OF MOTION FOR PROTECTIVE ORDER TO QUASH PLAINTIFF'S NOTICE OF DEPOSITION OF APPLE EMPLOYEE TJ TERRY

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support and attached exhibits, dated February 23, 2009, Defendant Apple Inc. ("Apple") hereby moves this Court, before the Honorable Viktor V. Pohorelsky at the United States District Court for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York 11201, at 3:00 p.m., for a protective order quashing plaintiff Avi Koschitzki's notice of deposition of Apple employee TJ Terry, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure.

Dated: New York, NY
   February 23, 2009

MORRISON & FOERSTER LLP

By:  /s/ Jamie A. Levitt
   Jamie A. Levitt (JLevitt@mofo.com)
   1290 Avenue of the Americas
   New York, NY 10104-0050
   212.468.8000

   Penelope A Preovolos (PPreovolos@mofo.com)*
   Andrew D. Muhlbach (AMuhlbach@mofo.com)*
   Heather A. Moser (HMoser@mofo.com)*
   425 Market Street
   San Francisco, CA 94105-2482
   415.268.7000
   **pro hac vice* applications pending

 *Attorneys for Defendant* APPLE INC.