UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVI KOSCHITZKI, On Behalf Of Himself and all Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>                Defendants. | Civil Action No. 08 Civ. 4451 (JBW) (VVP)<br><br>**NOTICE OF MOTION FOR ADMISSIONS *PRO HAC VICE*** |

       PLEASE TAKE NOTICE that upon the annexed Declaration of Jamie A. Levitt, dated February 23, 2009, the accompanying Declaration of Andrew D. Muhlbach, dated February 20, 2009, Declaration of Penelope A. Preovolos, dated February 20, 2009, and Declaration of Heather A. Moser, dated February 20, 2009, and the papers annexed thereto, the undersigned moves this Court for an Order, pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York, admitting Andrew D. Muhlbach, Penelope A. Preovolos, and Heather A. Moser to the bar of this Court *pro hac vice* in order to argue and try the above-captioned case on behalf of the Defendants.

Dated: New York, New York
February 23, 2009

                       MORRISON & FOERSTER LLP

                       By: /s/ Jamie A. Levitt
                             Jamie. A. Levitt

                       1290 Avenue of the Americas
                       New York, New York 10104
                       (212) 468-8000
                       (212) 468-7900

                       Attorney for Apple Inc.