UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AVI KOSCHITZKI, on Behalf of Himself and all Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>    Defendants. | Civil Action No. 1:08-CV-04451-JBW-VVP |

## NOTICE OF APPEARANCE OF KATHLEEN TAYLOR SOOY

TO THE CLERK OF THE COURT: Please enter my appearance as counsel on behalf of Defendant AT&T Mobility LLC in the above-referenced matter.

Dated: February 20, 2009

        Respectfully Submitted,

        **CROWELL & MORING LLP**
        By: /s/ Kathleen Taylor Sooy
          Kathleen Taylor Sooy

        Crowell & Moring LLP
        1001 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004-2595
        (202) 624-2500

        Attorney for Defendant AT&T Mobility LLC