UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AVI KOSCHITZKI, on Behalf of Himself and all Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>        Defendants. | Civil Action No. 1:08-CV-04451-JBW-VVP |

## NOTICE OF APPEARANCE OF LYNN E. PARSEGHIAN

TO THE CLERK OF THE COURT: Please enter my appearance as counsel on behalf of Defendants AT&T Mobility LLC in the above-referenced matter.

Respectfully Submitted,

**CROWELL & MORING LLP**
By:   /s/  Lynn E. Parseghian
        Lynn E. Parseghian

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
(202) 624-2500

Attorney for Defendant AT&T Mobility LLC