| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 2/23/09 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 3:15 p.m. |
| | | END TIME: | 3:45 p.m. |

DOCKET NO.   CV-08-4451                                                JUDGE:   JBW

CASE NAME:   Koschitzki et al. v. Apple, Inc., et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Discovery Hearing

APPEARANCES:   Plaintiff   Mark Reich, Joseph Russello

   Defendant   Kevin Ranlett, Archis Parasharami, Lynn Parseghian (by telephone) (AT&T); Penelope Preovolos, Heather Moser (Apple)

SCHEDULING AND RULINGS:

1. The defendants' motions for a protective order concerning the depositions sought by the plaintiffs are GRANTED. The question concerning any depositions that may be necessary with respect to the defendant AT&T's motion to compel arbitration will be addressed again on March 13, 2009, immediately after the argument before Judge Weinstein concludes. Counsel shall report to Room 13A at that time.