Koschitzki v. Apple Inc. et al                                                                                                                    Doc. 76

AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVI KOSCHITZKI ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:08-CV-04451 JBW VVP |
| APPLE INC. and AT&T MOBILITY LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.  I was admitted pro hac vice pursuant to Court Order dated February 23, 2009.

Date: February 26, 2009                         /s/ Heather A. Moser
*Attorney's signature*

Heather A. Moser CA212686
*Printed name and bar number*

MORRISON & FOERSTER LLP
425 Market Street
San Francisco CA  94105-2482
*Address*

hmoser@mofo.com
*E-mail address*

415-268-7000
*Telephone number*

415-268-7522
*FAX number*

American LegalNet, Inc.
www.FormsWorkflow.com

Dockets.Justia.com