## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVI KOSCHITZKI, on Behalf of Himself and all Others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPLE INC. and AT&T INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:08-cv-04451-JBW-VVP |

### NOTICE OF APPEARANCE OF JOSEPH RUSSELLO

TO THE CLERK OF COURT:

Please enter my appearance as counsel on behalf of plaintiff Avi Koschitzki in the above-captioned action.

Dated:  February 26, 2009          Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

By: */s/ Joseph Russello*
Seth D. Rigrodsky
Brian D. Long
Mark S. Reich
Joseph Russello
585 Stewart Avenue, Suite 304
Garden City, New York  11530
Tel.:  (516) 683-3516
Fax:  (302) 654-7530

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2009 I electronically filed the foregoing Notice of Appearance of Joseph Russello with the Clerk of Court using the CM/ECF System, which will send notification to all parties of record.

Dated: February 26, 2009

*/s/ Joseph Russello*
Joseph Russello