AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVI KOSCHITZKI <br> *Plaintiff* <br> v. <br> APPLE INC. AND AT&T MOBILITY LLC <br> *Defendant* | ) <br> ) <br> )  Case No. 1:08-CV-04451 JBW VVP <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.  I was admitted pro hac vice pursuant to Court Order dated February 23, 2009.

Date: February 27, 2009

/s/ Andrew D. Muhlbach
*Attorney's signature*

Andrew D. Muhlbach CA175694
*Printed name and bar number*

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
*Address*

AMuhlbach@mofo.com
*E-mail address*

415-268-7000
*Telephone number*

415-268-7588
*FAX number*

American LegalNet, Inc.
www.Forms*Workflow*.com

Dockets.Justia.com