AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

AVI KOSCHITZKI )
    *Plaintiff* )
v. ) Case No. 1:08-CV-04451 JBW VVP
APPLE INC. and AT&T MOBILITY LLC )
    *Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.  I was admitted pro hac vice pursuant to Court Order dated February 23, 2009.

Date: February 27, 2009

/s/ Penelope A. Preovolos
*Attorney's signature*

Penelope A. Preovolo CA 87607
*Printed name and bar number*

MORRISON & FOERSTER LLP
425 Market Street
San Francisco CA  94105-2482
*Address*

ppreovolos@mofo.com
*E-mail address*

415-268-7000
*Telephone number*

415-268-7522
*FAX number*

American LegalNet, Inc.
www.FormsWorkflow.com
Dockets.Justia.com