UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVI KOSCHITZKI, On Behalf Of Himself and all Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE, INC. and AT&T MOBILITY INC.<br><br>        Defendants. | Civil Action No. 08 Civ. 4451 (JBW) (VVP) |

**NOTICE OF FILING OF MOTION TO TRANSFER
PURSUANT TO 28 U.S.C. § 1407**

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 5, 2009, pursuant to 28 U.S.C. § 1407, Apple submitted for filing with the Judicial Panel on Multidistrict Litigation a motion for transfer and consolidation of this and eleven similar actions. Copies of the motion and supporting documents are attached hereto as Exhibits A, B, C, and D.

Defendant Apple Inc. files this Notice pursuant to Rule 5.12(c) of the Rules of the Judicial Panel for the purpose of informing the Court of the pendency of the proceedings before the MDL Panel and will keep the Court informed of further developments.

Dated: New York, New York
March 5, 2009

                              MORRISON & FOERSTER LLP

                              /s/ Jamie A. Levitt
                              Jamie A. Levitt
                              1290 Avenue of the Americas
                              New York, New York 10104-0012
                              Telephone: (212) 468-8000
                              Facsimile: (212) 468-7900
                              JLevitt@mofo.com

                              *Attorneys for Defendant*
                              APPLE INC.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY OVERNIGHT DELIVERY** |
| 2 | (Fed. R. Civ. Proc. rule 5(b)) |

     I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 1290 Avenue of the Americas, New York, New York 10104-0012; I am not a party to the within cause; I am over the age of eighteen years; and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it is placed at Morrison & Foerster for collection.

     I further declare that on the date hereof I served a copy of:

**NOTICE OF FILING OF MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407 and CERTIFICATE OF SERVICE**

**MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED APPLE iPHONE 3G PRODUCTS LITIGATION PURSUANT TO 28 U.S.C. § 1407**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED APPLE iPHONE 3G PRODUCTS LITIGATION PURSUANT TO 28 U.S.C. § 1407**

**SEPARATE STATEMENT OF REASONS WHY ORAL ARGUMENT SHOULD BE HEARD IN SUPPORT OF MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED APPLE iPHONE 3G PRODUCTS LITIGATION PURSUANT TO 28 U.S.C. § 1407**

**PROOF OF SERVICE**

on the following by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows for collection by UPS at Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104-0012, in accordance with Morrison & Foerster's ordinary business practice.

**See attached Service List**

     I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

     Executed at New York, NY, this 5th day of March, 2009.

| Jamie A. Levitt | /s/ Jamie A. Levitt |
|---|---|
| (typed) | (signature) |

sf-2652383

Certificate of Service

Service List

| | |
|---|---|
| Alan Mansfield<br>ROSNER & MANSFIELD, LLP<br>10085 Carroll Canyon Rd., Suite 100<br>San Diego, CA 92131<br><br>*Attorneys for the Ashikian, Gillis, Keller,<br>Medway, Pittman, Tanseco, and Walters<br>Plaintiffs* | Scott E. Poynter<br>Christopher D. Jennings<br>Gina M. Dougherty<br>Ryan J. Caststeel<br>EMERSON POYNTER, LLP<br>The Museum Center<br>500 President Clinton Ave., Ste. 305<br>Little Rock, AR 72201<br><br>*Attorneys for Plaintiff Walters* |
| William J. Doyle II<br>John A. Lowther IV<br>DOYLE LOWTHER, LLP<br>9466 Black Mountain Rd., Suite 210<br>San Diego, CA 92126<br><br>*Attorneys for the Gillis, Keller, and Walters<br>Plaintiffs* | John G. Emerson<br>EMERSON POYNTER, LLP<br>830 Apollo Lane<br>Houston, TX 77058<br><br>*Attorneys for Plaintiff Walters* |
| David W. Hiden<br>Michael I. Rott<br>Eric M. Overholt<br>HIDEN, ROTT & OERTLE, LLP<br>2635 Camino del Rio South, Suite 306<br>San Diego, CA 92108<br><br>*Attorneys for the Gillis and Keller Plaintiffs* | Samuel P. Sporn<br>Frank R. Schirripa<br>Daniel B. Rehns<br>Jay P. Saltzman<br>SCHOENGOLD SPORN LAITMAN &<br>LOMETTI, P.C.<br>19 Fulton Street, Suite 406<br>New York, NY 10038<br><br>*Attorneys for Plaintiff Tanseco* |
| Joe R. Whatley, Jr.<br>WHATLEY DRAKE & KALLAS LLC<br>1540 Broadway, 37th Floor<br>New York, NY 10036<br><br>*Attorneys for Plaintiff Walters* | Gordon M. Fauth, Jr.<br>LITIGATION LAW GROUP<br>1801 Clement Avenue, Suite 101<br>Alameda, CA 94501<br><br>*Attorneys for Plaintiff Pittman* |
| Adam Plant<br>WHATLEY DRAKE & KALLAS LLC<br>2100 Park Place North, Suite 1000<br>Birmingham, AL 35203<br><br>*Attorneys for Plaintiff Walters* | Daniel T. LeBel<br>Rosemary M. Rivas<br>FINKELSTEIN THOMPSON LLP<br>100 Bush Street, Suite 1450<br>San Francisco 94104<br><br>*Attorneys for Plaintiff Ashikian* |

| | | |
|---|---|---|
| 1 | Burton H. Finkelstein<br>Mila F. Bartos | Seth D. Rigrodsky<br>Brian D. Long |
| 2 | Karen J. Marcus<br>FINKELSTEIN THOMPSON LLP | Mark S. Reich<br>Joseph Russello |
| 3 | 1050 30th Street NW<br>Washington, D.C. 20007 | RIGRODSKY & LONG, P.A.<br>919 North Market Street, Suite 980 |
| 4 | | Wilmington, DE 19801 |
| 5 | *Attorneys for Plaintiff Ashikian* | *Attorneys for Plaintiff Koschitzki* |
| 6 | David Joshua Staub | |
| 7 | Law Office of D. Joshua Staub<br>PO Box 1914 | Joshua Farkas<br>STEIN FARKAS & SCHWARTZ LLP |
| 8 | Santa Monica, CA 90406 | 1639 East 13th Street<br>Brooklyn, New York 11229 |
| 9 | *Attorneys for Plaintiff Ashikian* | *Attorneys for Plaintiff Koschitzki* |
| 10 | Lionel Z. Glancy | |
| 11 | Peter Arthur Binkow<br>Mark L. Godino | Nadeem Faruqi<br>FARUQI & FARUQI LLP |
| 12 | GLANCY BINKOW & GOLDBERG LLP<br>1801 Avenue of the Stars, Suite 311 | 369 Lexington Avenue, 10th Floor<br>New York, New York 10017 |
| 13 | Los Angeles, CA 90067 | *Attorneys for the Gonzalez, Payne, and* |
| 14 | *Attorneys for Plaintiff Medway* | *Ritchie Plaintffs* |
| 15 | W. Lewis Garrison, Jr. | Emily C. Komlossy |
| 16 | Brian D. Hancock<br>Gayle L. Douglas | FARUQI & FARUQI LLP<br>3595 Sheridan Street, Suite 206 |
| 17 | HENINGER GARRISON DAVIS, LLC<br>2224 First Avenue North | Hollywood, FL 33021 |
| 18 | Birmingham, AL 35203 | *Attorneys for the Gonzalez Plaintiffs* |
| 19 | *Attorneys for the Smith Plaintiffs* | Roger F. Claxton |
| 20 | Haydn M. Trechsel | CLAXTON & HILL, PLLC<br>10000 N. Central Expressway, |
| 21 | Edward S. Reisinger<br>Jonathan Lee Kudulis | Suite 725<br>Dallas, Texas 75231 |
| 22 | TRIMMIER LAW FIRM<br>2737 Highland Avenue | *Attorneys for the Payne Plaintiffs* |
| 23 | Birmingham, AL 35205 | |
| 24 | *Attorneys for the Smith Plaintiffs* | Joseph J. DePalma, Esq.<br>Jennifer Sarnelli, Esq. |
| 25 | | LITE DEPALMA GREENBERG &<br>RIVAS, LLC |
| 26 | | Two Gateway Center<br>12th Floor |
| 27 | | Newark, NJ 07102 |
| 28 | | *Attorneys for Plaintiff Ritchie* |

sf-2652383                                      3

| | | |
|---|---|---|
| 1 | Lynn E. Parseghian<br>Kathleen T. Sooy<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave<br>Washington, DC 20004<br><br>*Attorneys for Defendant AT&T Mobility LLC*<br><br>Steven David Greenblatt<br>CROWELL & MORING LLP<br>153 E 53rd St<br>New York, NY 10022<br><br>*Attorneys for Defendant AT&T Mobility LLC* | Evan M. Tager<br>Archis A. Parasharami<br>Kevin Ranlett<br>MAYER BROWN LLP<br>1909 K Street Nw<br>Washington, DC 20006<br><br>*Attorneys for Defendant AT&T Mobility LLC*<br><br>Alvin Davis<br>Tania Cruz<br>SQUIRE SANDERS & DEMPSEY LLP<br>200 S Biscayne Boulevard, 40th Floor<br>Miami, FL 33131-2398<br><br>*Attorneys for Defendant AT&T Mobility LLC*<br><br>Timothy Francis Gavin<br>CARRINGTON COLEMAN SLOMAN &<br>BLUMENTHAL<br>901 Main Street, Suite 5500<br>Dallas, TX 75202<br><br>*Attorneys for Defendant AT&T Mobility LLC* |