```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
AVI KOSCHITZKI, On Behalf of Himself
and all Others Similarly Situated,

                        Plaintiff,

              v.

APPLE INC. and AT&T MOBILITY LLC,

                        Defendants.
----------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 0 9 2009 ★

BROOKLYN OFFICE

08-CV-4451 (JBW)

ORDER

JACK B. WEINSTEIN, Senior United States District Judge:

At the request of the plaintiff, a teleconference will be held to address the defendant Apple Inc.'s request for a stay of this matter.

The conference is scheduled for March 11, 2009 at 10:00am. Please contact Ms. June Lowe, case coordinator, at 718-613-2525, to arrange for appearances.

SO ORDERED.

*[signature]*

Jack B. Weinstein
Senior United States District Judge

Dated: March 6, 2009
       Brooklyn, New York