```
                                                                    FILED
                                                              IN CLERK'S OFFICE
                                                            U.S. DISTRICT COURT E.D.N.Y

                                                           ★  MAR 0 9 2009  ★
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

-----------------------------------------------------X

AVI KOSCHITZKI, On behalf of Himself
and all Others Similarly Situated

**NOTICE**
CV08-4451 (JBW)

APPLE INC. and AT&T MOBILITY LLC

--------------------------------------------------- X

Parties wishing to participate via telephone at the hearing scheduled in the captioned case on March 11, 2009, at 10:00 a.m., may do so by calling (800)255-9916. The conference identification number is 89629292.

June P. Lowe
Case Manager
(718)613-2525

Dated:3/9/09
  Brooklyn, New York