UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVI KOSCHITZKI, On Behalf Of Himself and all Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>APPLE, INC. and AT&T MOBILITY INC.<br><br>     Defendants. | Civil Action No. 08 Civ. 4451 (JBW) (VVP) |

## NOTICE OF SUPPLEMENTAL FILING RELATING TO MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 10, 2009, in connection with the motion for transfer and consolidation of this and eleven similar actions that Apple filed with the Judicial Panel on Multidistrict Litigation (the "JPML") on March 5, 2009 pursuant to 28 U.S.C. § 1407, Apple submitted the following revised documents to the JPML:

- REVISED SCHEDULE OF PENDING ACTIONS; and

- REVISED PROOF OF SERVICE.

Copies of the revised documents are attached hereto as Exhibits A and B.

sf-2654615

1

Defendant Apple Inc. files this Notice pursuant to Rule 5.12(c) of the Rules of

the Judicial Panel for the purpose of informing the Court of the pendency of the

proceedings before the MDL Panel and will keep the Court informed of further

developments.


Dated: New York, New York
March 10, 2009

MORRISON & FOERSTER LLP

Jamie A. Levitt
1290 Avenue of the Americas
New York, New York 10104-0012
Telephone: (212) 468-8000
Facsimile:  (212) 468-7900
JLevitt@mofo.com


  _/s/ Andrew D. Muhlbach_____
Penelope A. Preovolos (admitted *pro hac vice)*
Andrew D. Muhlbach (admitted *pro hac vice*)
Heather A. Moser (admitted *pro hac vice*)
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522
PPreovolos@mofo.com
AMuhlbach@mofo.com
HMoser@mofo.com

Attorneys for Defendant
APPLE INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she/they served a copy of the foregoing

**NOTICE OF SUPPLEMENTAL FILING RELATING TO MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407** to the following via U.S. Mail, postage prepaid, on March 10, 2009:

Joshua Farkas
Stein Farkas & Schwartz LLP
1639 East 13th Street
Brooklyn, NY 11229

*Attorneys for Plaintiff Koschitzki*


 

_____
Mia R. Gimenez

## ATTESTATION OF E-FILED SIGNATURE

I, Andrew D. Muhlbach, am the ECF User whose ID and password are being used to file this Certificate of Service.  In compliance with General Order 45, X.B., I hereby attest that Mia Gimenez has read and approved this Proof of Service and consents to its filing in this action.

Dated:   March 10, 2009.

MORRISON & FOERSTER LLP


_____/s/ Andrew D. Muhlbach_____
Andrew D. Muhlbach