BEFORE JUDGE __Weinstein__     AT __11:30__ A.M/~~P.M.~~

C/R ~~or ECR~~ __Ron Tolkin__     MAG. _____

## CIVIL CAUSE FOR STATUS CONFERENCE

Docket Number __CV09-4451__

Title __Avi Koschitzki__ vs __Apple Inc. et al__

Appearances: For Pltff. __Joseph Russello__
                        __Mark Revich__

           For Deft. __Jamie Levitt__
                        __Kevin Rawlett__

           Other: __Archis Parasharami__

✓ Case called.

✓ Counsel for all parties present.

___ Counsel for _____ not present.

✓ Conference held.

___ Parties advised the Court that the case has been settled.

___ Discovery completed. _____ Discovery pending

___ Discovery to be completed by _____.

___ Next conference scheduled for _____.

___ Case marked ready for trial on _____.

___ Pre-trial order signed and given to parties.

___ Jury to be selected on _____.

✓ Respectfully referred to Mag. judge for discovery