UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVI KOSCHITZKI, On Behalf Of Himself and all Others Similarly Situated,<br><br>       Plaintiff,<br><br> v.<br><br>APPLE, INC. and AT&T MOBILITY INC.<br><br>       Defendants. | Civil Action No. 08 Civ. 4451 (JBW) (VVP) |

**NOTICE OF SECOND SUPPLEMENTAL FILING RELATING TO MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407**

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 11, 2009, in connection with the motion for transfer and consolidation of this and eleven similar actions that Apple filed with the Judicial Panel on Multidistrict Litigation (the "JPML") on March 5, 2009 pursuant to 28 U.S.C. § 1407, Apple submitted the following documents to the JPML:

- SECOND REVISED SCHEDULE OF PENDING ACTIONS; and
- PROOF OF SERVICE.

Copies of the documents are attached hereto as Exhibits A and B.

Defendant Apple Inc. files this Notice pursuant to Rule 5.12(c) of the Rules of the Judicial Panel for the purpose of informing the Court of the pendency of the

proceedings before the MDL Panel and will keep the Court informed of further

developments.

Dated: New York, New York
      March 11, 2009

                                      MORRISON & FOERSTER LLP

                                      Jamie A. Levitt
                                      1290 Avenue of the Americas
                                      New York, New York 10104-0012
                                      Telephone: (212) 468-8000
                                      Facsimile:  (212) 468-7900
                                      JLevitt@mofo.com


                                      __/s/ Andrew D. Muhlbach_____
                                      Penelope A. Preovolos (admitted *pro hac vice*)
                                      Andrew D. Muhlbach (admitted *pro hac vice*)
                                      Heather A. Moser (admitted *pro hac vice*)
                                      425 Market Street
                                      San Francisco, California 94105
                                      Telephone: (415) 268-7000
                                      Facsimile:  (415) 268-7522
                                      PPreovolos@mofo.com
                                      AMuhlbach@mofo.com
                                      HMoser@mofo.com

                                      Attorneys for Defendant
                                      APPLE INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she/they served a copy of the foregoing **NOTICE OF SECOND SUPPLEMENTAL FILING RELATING TO MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407** to the following via U.S. Mail, postage prepaid, on March 11, 2009:

Joshua Farkas
Stein Farkas & Schwartz LLP
1639 East 13th Street
Brooklyn, NY 11229

*Attorneys for Plaintiff Koschitzki*

Mia R. Gimenez

# ATTESTATION OF E-FILED SIGNATURE

I, Andrew D. Muhlbach, am the ECF User whose ID and password are being used to file this Certificate of Service. In compliance with General Order 45, X.B., I hereby attest that Mia Gimenez has read and approved this Proof of Service and consents to its filing in this action.

Dated: March 11, 2009.

MORRISON & FOERSTER LLP

_____/s/ Andrew D. Muhlbach_____
Andrew D. Muhlbach