# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge W. Royal Furgeson, Jr.
United States District Court
Western District of Texas

Judge Frank C. Damrell, Jr.
United States District Court
Eastern District of California

Robert A. Cahn
Executive Attorney

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
 Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

March 11, 2009

TO INVOLVED JUDGES

Re: MDL No. 2045 -- IN RE: Apple iPhone 3G Products Liability Litigation

(See Attached Schedule of Actions)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 19 2009 ★
BROOKLYN OFFICE

Dear Judges:

    Presently before the Panel pursuant to 28 U.S.C. § 1407 is a motion to transfer which includes at least one action before you in the above-described docket. Our rules give the parties an opportunity to fully brief the question of transfer. Thereafter, the Panel will consider the matter at its bimonthly hearing session. In the meantime, your jurisdiction will continue until any transfer ruling becomes effective.

    Of course, you are free to rule on any pending motion or you may wish to wait until the Panel has decided the transfer issue. If you do rule on any dispositive motions, please notify the Panel staff via e-mail (MDLPanelOrders@ao.uscourts.gov) or fax (202-502-2888). Please feel free to contact our staff in Washington with any questions.

Sincerely,

*John G. Heyburn*

John G. Heyburn II
Chairman