AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

AVI KOSCHITZKI, Individually and on Behalf
of All Others Similarly Situated,
      Plaintiff(s),

V.

APPLE INC. and AT&T MOBILITY LLC,
      Defendant(s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:08-CV-04451-JBW-VVP

Notice is hereby given that, subject to approval by the court, __Avi Koschitzki__ substitutes
(Party(s) Name)

__Mark S. Reich__, State Bar No. __3907953__ as counsel of record in
(Name of New Attorney)

place of __Seth D. Rigrodsky__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: Coughlin Stoia Geller Rudman & Robbins LLP
 Address: 58 South Service Road, Suite 200
 Telephone: (631) 367-7100   Facsimile (631) 367-1173
 E-Mail (Optional): mreich@csgrr.com

I consent to the above substitution.
Date: 3/26/09
          (Signature of Party(s))

I consent to being substituted.
Date: 3/25/2009
          (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 3-26-09
          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]