Mar-26-2009 11:28am  From-Coughlin Stoia                6319671174           T-879  P.002/002  F-687

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 27 2009 ★
BROOKLYN OFFICE

COURTESY COPY OF ECF DOCUMENT

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

AVI KOSCHITZKI, Individually and on Behalf
of All Others Similarly Situated,
         Plaintiff(s),

V.

APPLE INC. and AT&T MOBILITY LLC,
         Defendant(s).

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:08-CV-04451-JBW-VVP

Notice is hereby given that, subject to approval by the court, __Avi Koschitzki__ substitutes
(Party (s) Name)

__Mark S. Reich__, State Bar No. __3907953__ as counsel of record in
(Name of New Attorney)

place of __Seth D. Rigrodsky__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
 Firm Name:  Coughlin Stoia Geller Rudman & Robbins LLP
 Address:  58 South Service Road, Suite 200
 Telephone:  (631) 367 7100    Facsimile  (631) 367-1173
 E-Mail (Optional):  mreich@csgrr.com

I consent to the above substitution.
Date: __3/26/09__      _(Signature of Party (s))_

I consent to being substituted.
Date: __3/25/2009__      _(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: __3-26-09__      _(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.
Date: __3/26/09__      _Judge_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Dockets.Justia.com