1 hr.

DATE 3/11/09

BEFORE JUDGE Weinstein    AT 2:30 A.M./P.M.

C/R or ~~ECR~~ Allan Sherman    MAG. _____

## CIVIL CAUSE FOR MOTION HEARING

Docket Number CV 08-4451

Title: Avi Koschitzki vs. Apple Inc. et al

(Pltff.) (Deft.) _____ motion for stay

Appearances: For Pltff. _____

For Deft. _____

✓ Case called.

____ Counsel for all sides present.

✓ Counsel for _____ not present.

✓ Motion argued.    ____ Motion Granted    ____ Motion Denied.

____ Decision reserved.

____ Order to be submitted by _____

____ Case adjourned to _____ for _____

✓ Other Decision on the record.