UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AVI KOSCHITZKI, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>Defendants. | Civil Action No. 1:08-CV-04451-JBW-VVP |

### STIPULATION AND [PROPOSED] ORDER

WHEREAS on November 24, 2008, defendants Apple Inc. ("Apple") and AT&T Mobility LLC ("ATTM") (collectively, "Defendants") each separately filed a motion to dismiss the Complaint; Apple filed a motion to strike Plaintiff's claim for minimum and punitive damages under the New York General Business Law (in which ATTM joined); and ATTM filed a motion, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16, for an order, *inter alia*, compelling Plaintiff to pursue his claims in arbitration or small claims court (collectively, the "Motions");

WHEREAS on January 8, 2009, plaintiff Avi Koschitzki filed oppositions to the Motions;

WHEREAS on February 17, 2009, Defendants filed replies in support of the motion to strike and their respective motions to dismiss;

WHEREAS on February 24, 2009, ATTM filed a reply in support of its motion to compel arbitration;

WHEREAS on March 5, 2009, Apple filed a motion for transfer and consolidation of this and eleven other virtually identical putative class actions pursuant to 28 U.S.C. § 1407 with the Judicial Panel on Multidistrict Litigation ("JPML");

WHEREAS on March 6, 2009, Apple submitted a letter to the Court requesting that the case be stayed pending the JPML's transfer decision;

WHEREAS on March 11, 2009, the Court held a hearing on Apple's stay request and ordered that should the parties voluntarily withdraw their Motions, they would do so without prejudice, and ordering Defendants to re-file their Motions for hearing by June 1, 2009; and

WHEREAS the JPML has not yet issued its transfer decision and, in fact, is not scheduled to hear oral argument on Apple's transfer motion until May 27, 2009.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, that the time for Defendants to re-file their Motions is hereby extended to July 31, 2009.

| | |
|---|---|
| **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>BY: /s/Mark S. Reich<br>   Mark S. Reich<br>   Joseph Russello<br>   58 South Service Road, Suite 200<br>   Melville, NY 11747<br>   Tel: (631) 367-7100<br>   Fax: (631) 367-1173<br><br>*Attorneys for Plaintiff*<br><br>OF COUNSEL:<br>**STEIN FARKUS & SCHWARTZ LLP**<br>Aaron M. Stein<br>Joshua Farkus<br>1639 East 13 St.<br>Brooklyn, NY 11229<br>Tel: (718) 645-5600<br>Fax: (718) 645-3767 | **MORRISON & FOERSTER LLP**<br>BY: /s/Jamie A. Levitt<br>   Jamie A. Levitt<br>   1290 Avenue of the Americas<br>   New York, NY 10104<br>   Tel.: (212) 468-8000<br>   Fax: (212) 468-7900<br><br>*Attorney for Defendant Apple Inc.*<br><br>**CROWELL & MORING LLP**<br>BY: /s/Stephen D. Greenblatt<br>   Stephen D. Greenblatt<br>   153 East 53rd Street<br>   New York, NY 10022<br>   Tel.: (212) 895-4265<br>   Fax: (212) 223-4134<br><br>*Attorney for Defendant AT&T Mobility LLC* |

OF COUNSEL:

**CROWELL & MORING LLP**
Kathleen Taylor Sooy
Lynn E. Parseghian
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 624-2582
Fax: (202) 628-5116

**MAYER BROWN LLP**
Evan M. Tager
Archis A. Parasharami
Kevin S. Ranlett
1909 K St., NW
Washington, DC 20006
Tel: (202) 263-3000
Fax: (202 263 3300

IT IS SO ORDERED.

Dated:_____, 2009
      Brooklyn, New York        _____
                                                 The Honorable Jack B. Weinstein, U.S.D.J.