UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVI KOSCHITZKI, On Behalf Of Himself and all Others Similarly Situated,<br><br>                       Plaintiff,<br><br>v.<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>                       Defendants. | Civil Action No. 08 Civ. 4451 (JBW) (VVP) |

### NOTICE OF TRANSFER BY THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION PURSUANT TO 28 U.S.C. § 1407

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 1, 2009, the Judicial Panel on Multidistrict Litigation (the "Panel") granted Defendant Apple Inc.'s motion for transfer and consolidation of this and eleven similar actions pursuant to 28 U.S.C. § 1407. Pursuant to the Panel's Transfer Order, this action has been transferred to the Northern District of California for coordinated or consolidated pretrial proceedings. The Panel's Transfer Order is attached hereto as Exhibit A.

Dated: New York, New York
         July 6, 2009

                                              MORRISON & FOERSTER LLP

                                              By:   /s/ Jamie A. Levitt
                                                      Jamie. A. Levitt

                                            1290 Avenue of the Americas
                                            New York, New York 10104
                                            (212) 468-8000
                                            (212) 468-7900

                                            Attorney for Apple Inc.

# EXHIBIT A

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 01, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: APPLE IPHONE 3G PRODUCTS
LIABILITY LITIGATION

MDL No. 2045

TRANSFER ORDER

**Before the entire Panel**[*]: Common defendant Apple Inc. (Apple) moves, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of the twelve actions listed on Schedule A in the Northern District of California. The defendant's motion encompasses eight actions in the Northern District of California and one action each in the Southern District of Florida, District of New Jersey, Eastern District of New York and Eastern District of Texas.[1]

Plaintiffs in all actions support the motion. Defendant AT&T Mobility LLC (AT&T) supports centralization but suggests the District of New Jersey as the transferee district.

On the basis of the papers filed and hearing session held, we find that these twelve actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions involve common factual questions arising from the performance of Apple's iPhone 3G on AT&T's 3G network. Specifically, the actions share allegations that Apple and, where named, AT&T misrepresented to the public the speed, strength and performance of the iPhone 3G on AT&T's 3G network. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, particularly with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

The Northern District of California stands out as an appropriate transferee forum. The headquarters of the common defendant, Apple, are located within this district; accordingly, relevant witnesses and documents will likely be found there. Eight actions are already pending in the Northern

---

[*] Judge Heyburn and Judge Motz took no part in the decision of this matter.

[1] The parties have notified the Panel of a related action pending in the District of New Jersey. This action and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

District of California before one judge, and plaintiffs in all twelve actions and moving defendant Apple agree upon centralization in this district.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Northern District of California are transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable James Ware for coordinated or consolidated pretrial proceedings with the actions listed on Schedule A and pending in that district.

PANEL ON MULTIDISTRICT LITIGATION

_____
Robert L. Miller, Jr.
Acting Chairman

| | |
|---|---|
| John G. Heyburn II, Chairman* | J. Frederick Motz* |
| Kathryn H. Vratil | David R. Hansen |
| W. Royal Furgeson, Jr. | Frank C. Damrell, Jr. |

IN RE: APPLE IPHONE 3G PRODUCTS
LIABILITY LITIGATION

MDL No. 2045

## SCHEDULE A

### Northern District of California

Jacob Medway v. Apple, Inc., C.A. No. 3:09-330
James R. Pittman v. Apple, Inc., C.A. No. 5:08-5375
Haig P. Ashikian v. Apple, Inc., et al., C.A. No. 5:08-5810
Peter Keller v. Apple, Inc., C.A. No. 5:09-121
William J. Gillis, Jr. v. Apple Computer, Inc., et al., C.A. No. 5:09-122
Aaron Walters v. Apple, Inc., C.A. No. 5:09-187
Eulardi Tanseco v. Apple, Inc., et al., C.A. No. 5:09-275
Jessica Alena Smith, et al. v. Apple, Inc., C.A. No. 5:09-1028

### Southern District of Florida

Onel Gonzalez, et al. v. Apple, Inc., et al., C.A. No. 1:09-20258

### District of New Jersey

Timothy Ritchie v. Apple, Inc., et al., C.A. No. 2:09-456

### Eastern District of New York

Avi Koschitzki v. Apple, Inc., et al., C.A. No. 1:08-4451

### Eastern District of Texas

Alyce R. Payne, et al. v. Apple, Inc., et al., C.A. No. 4:09-42

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AVI KOSCHITZKI, On Behalf Of Himself
and all Others Similarly Situated,

                      Plaintiff,

v.

APPLE INC. and AT&T MOBILITY LLC,

                      Defendants.

Civil Action No. 08 Civ. 4451 (JBW) (VVP)

**CERTIFICATE OF SERVICE**

I, Jamie A. Levitt, hereby certify that on Monday, July 6, 2009, true and correct copies of the Notice of Transfer by the Judicial Panel on Multi-District Litigation Pursuant to 28 U.S.C. § 1407, dated 7/6/09, in above captioned proceeding, were served electronically in accordance with the Federal Rules of Civil Procedure and the EDNY CM/ECF User's Guide, upon all counsel of record.

Dated: July 6, 2009
      New York, New York

                                    MORRISON & FOERSTER LLP

                          By: /s/ Jamie A. Levitt
                              Jamie A. Levitt (JLevitt@mofo.com)
                              1290 Avenue of the Americas
                              New York, NY 10104
                              Telephone: (212) 468-8000
                              Facsimile: (212) 468-7900