# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 13 2009 ★
BROOKLYN OFFICE

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

Robert A. Cahn
Executive Attorney

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
 Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

June 22, 2009

## CONFIDENTIAL UNTIL DECISION RELEASED

Re: MDL No. 2045 -- IN RE: Apple iPhone G3 Products Liability Litigation

### (See Enclosed Schedule of Actions for Transfer)

Dear Judge:

Following a recent hearing, the Panel decided to transfer the action before you in the above-described docket to the Northern District of California for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407. The Panel found that the multidistrict cases in this docket raise common issues of fact, and that transfer of these cases to a single district would be appropriate under the statute.

The purpose of this communication is to notify you that the Panel will enter the order of transfer within the next week or more. In the interim, you may rule upon any motion currently under submission, should you so desire. We do ask, however, that the Panel's decision to transfer not be made public before the order of transfer is filed.

When the pending transfer order becomes effective, the transferee court will have exclusive jurisdiction in the action. The Panel will remand the case to your court following completion of pretrial proceedings unless the transferee court resolves or dismisses the matter beforehand. A complete pretrial record will be available upon remand to your court. The Panel will do everything in its power to see that the transferee court conducts pretrial proceedings efficiently, thoroughly and expeditiously.

Thank you for your cooperation.

Sincerely,

John G. Heyburn II
Chairman

Enclosure