UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

Olsen

v.

Nassau County

----------------------------------------x

ORDER OF SUSTENANCE,
LODGING OR TRANSPORTATION

05-CV-3623
FILE NUMBER

ORDERED that the Marshal supply proper

( ) LODGING

(✓) SUSTENANCE

( ) TRANSPORTATION

to the ( 8 ) jurors impaneled in the above entitled case and
to the ( 1 ) U.S. Deputy Clerk in attendance thereon.

Dated: Central Islip, New York    11/10/08
U.S. MAGISTRATE

( ) DURING TRIAL

(✓) DELIBERATING

( ) SEQUESTERED

( ) BREAKFAST

(✓) LUNCH

( ) DINNER

( ) OTHER

(NOTE: Check the appropriate box)