Steven E. Bledsoe (SBN 157811)
Jonathan E. Phillips (SBN 233965)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
POWERPAY, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPERBALIFE INTERNATIONAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>POWERPAY, LLC, a Maine limited liability company and DOES 1 through 10,<br><br>Defendants. | Case No. CV 08-05099 PSG (PJWx)<br><br>Honorable Philip S. Gutierrez<br><br>**STIPULATION RE DEADLINE FOR DEFENDANT POWERPAY, LLC TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION RE DEADLINE FOR
POWERPAY, LLC TO ANSWER OR RESPOND
[CV-08-05099 PSG (PJWx)]

Dockets.Justia.com

# STIPULATION

**WHEREAS**, on or about August 4, 2008, Plaintiff Superbalife International, LLC ("Superbalife") filed a Complaint in the above-captioned Court naming PowerPay, LLC ("PowerPay") as the defendant;

**WHEREAS**, on October 8, 2008, PowerPay was served with notice of the Court's Order denying without prejudice PowerPay's Motion to Dismiss the Complaint;

**WHEREAS**, on October 29, 2008, Superbalife and PowerPay agreed to a stipulation wherein Superbalife granted PowerPay an extension of time until November 21, 2008, to answer, move, or otherwise respond to Superbalife's Complaint;

**NOW THEREFORE, IT IS HEREBY STIPULATED**, by and between Superbalife and PowerPay, through their respective attorneys of record and pursuant to U.S. District Court, Central District Local Rule 8-3, that PowerPay shall have until November 21, 2008, to answer, move, or otherwise respond to the Complaint in this matter.

Accepted and agreed to this
30th day of October, 2008:

ARENT FOX LLP

By: /s/
Jonathan E. Phillips
Attorneys for Defendant
POWERPAY, LLC

Accepted and agreed to this
30th day of October, 2008:

DOLL, AMIR & ELEY LLP

By: [signature] (JEP)
Gregory Doll
Attorneys for Plaintiff
SUPERBALIFE
INTERNATIONAL, LLC

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

STIPULATION RE DEADLINE FOR
POWERPAY, LLC TO ANSWER OR RESPOND
[CV-08-05099 PSG (PJWx)]