# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # CV 08 3525                                       Purchased/Filed: August 28, 2008

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     EASTERN DISTRICT OF NY

---

*Theodore Roosevelt, Maqsood Batt and Sushana Guthrie*     Plaintiff

against

*Walgreens Co.*     Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____December 24, 2008_____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint Bearing the above Index # and Filing Date on

_____Walgreens Co._____, the Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __50__   Approx. Wt: __118__   Approx. Ht: __5'__
Color of skin: __White__   Hair color: __Brown__   Sex: __Female__   Other: _____

Sworn to before me on this

__31st__ day of _____December, 2008_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice·Work Order # SP0812687