

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:KF                                           *271 Cadman Plaza East, 7th Floor*
                                                 *Brooklyn, New York  11201*

January 8, 2009

The Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     **Laird v. United States of America, et.al,**
        **Civil Action No. CV-07-5025 (Mann, M.J)**

Dear Magistrate Judge Mann:

        The undersigned Assistant United States Attorney writes to provide the Court with
defendant's revised proposed exhibit binder and demonstrative diagram, and to update the Court
as to the status of the proposed exhibits for the upcoming trial in this case.  At the December 10,
2008 pretrial conference in this case, the Court asked the parties to determine a clear method for
designating certain voluminous exhibits and for the undersigned Assistant United States Attorney
to provide the Court and opposing counsel with a copy of a proposed demonstrative diagram of
the accident scene, which the undersigned intends to employ at the trial.  In addition to the small-
scale version of the proposed demonstrative enclosed with this letter, the revised proposed
exhibit binder includes the following revisions: (1) proposed Exhibit F is divided into subparts
F(A) through F(EE); proposed Exhibit G is divided into several subparts, including G(Report),
G(Photos 1 through 26 )[1], G(Attachments 1 through 10)[2] ; and (3) proposed Exhibit J (Photos 1
through 11) has been added to include additional photographs of the accident scene which were
not previously available.  Plaintiff has consented to these proposed revisions and has no
objections to the proposed demonstrative diagram.  In addition, the parties have agreed to

_____

        [1]  Each photo is marked G (Photo) and contains a number corresponding to the number on
the photo.

        [2]  As with the above-mentioned photos, each "attachment" is separately referenced.

stipulate to the admissibility of the photos at F(A through AA and DD through EE)[3] as well as G(Photos 1 through 23)[4] and those at Exhibit J.

Respectfully submitted,

BENTON J. CAMPBELL
United States Attorney

By:    *Kelly Horan Florio*_____
KELLY HORAN FLORIO
Assistant U.S. Attorney
(718) 254-6007

cc:    Gregory D. Bellantone, Esq.
DUBI BELLANTONE, P.C.
9 Cedar Ridge Lane
Dix Hills, New York  11746

---

[3] Although this list does not include F(BB) and F(CC), there are no unresolved objections regarding those proposed exhibits at this time.  The parties reserve the right to make objections as necessary if those proposed exhibits are offered into evidence during trial.

[4] Although this list does not include G(Photo 24) through G(Photo 26), there are no unresolved objections regarding those proposed exhibits at this time.  The parties reserve the right to make objections as necessary if those proposed exhibits are offered into evidence during trial.