UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

               Plaintiff,

   -against-

SELDEN FIRE DISTRICT,

               Defendant.
------------------------------------X

STIPULATION
EXTENDING
TIME TO ANSWER

Civil Action No. CV-08-3974

Honorable Denis R. Hurley
Magistrate: Arlene R. Lindsay

IT IS HEREBY STIPULATED that the time for the Defendant, SELDEN FIRE DISTRICT, to answer or move with respect to Plaintiff's Summons and Complaint as of course be and the same hereby is extended to and including the 7th day of April, 2009.

The parties respectfully assert that this extension of time will allow them to pursue settlement negotiations without incurring additional litigation expenses.

Dated: January 9, 2009

               /s/ 1/9/09
MICHAEL O'BRIEN, ESQ.
ATTORNEY FOR PLAINTIFF
33 WHITEHALL STREET, 5TH FLOOR
NEW YORK, NEW YORK 10004
(212) 336-3694

               /s/ 1/9/09
SALVATORE SAPIENZA, ESQ.
SAPIENZA & FRANK, ESQS.
ATTORNEYS FOR DEFENDANT
5550 MERRICK ROAD, SUITE 301
MASSAPEQUA, NEW YORK 11758
(516) 798-1043

SO ORDERED:

ARELENE R. LINDSAY