

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

KATHLEEN E. NAUGHTON
*Assistant Corporation Counsel*
Room 3-311
Telephone: (212) 788-9567
Facsimile: (212) 788-9776
knaughto@law.nyc.gov

February 9, 2009

**VIA ECF**
Honorable Marilyn D. Go
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Nkoma Woodside v. City of New York, et al.</u>, CV 08-4249 (RRM)(MDG)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to handle the above-referenced matter on behalf of defendants City of New York and New York City Police Department. In that regard, I write to respectfully request that the Court adjourn the initial conference, scheduled for February 19, 2009 at 2:30 p.m. Counsel for defendants have a scheduling conflict with the initial conference presently scheduled for that date and time. Both counsel for defendants and counsel for plaintiff are available after 1 p.m. on the following dates: (1) February 20, 2009; (2) February 23, 2009; (3) February 24, 2009; and (4) March 2, 2009. Therefore, defendants respectfully request that the conference be adjourned to a date and time convenient to the Court and available to counsel for all parties as listed herein. Counsel for plaintiff consents to this request and I note that no previous requests for adjournments have been made by defendants in this matter.

    I thank the Court for its consideration herein.

Respectfully submitted,

Kathleen E. Naughton
Assistant Corporation Counsel
Special Federal Litigation Division

cc: **Via Facsimile (718) 625-6977**
Lawrence E. Wright, Esq.
32 Court Street, Suite 707
Brooklyn, NY 11201