UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x
SLEEPY'S, LLC,

                      Plaintiff,         07 CV 4018 (TCP)(ARL)

          - against -             **REPLY AFFIDAVIT OF**
                                                 **L. DONALD PRUTZMAN**

SELECT COMFORT WHOLESALE CORPORATION,
SELECT COMFORT RETAIL CORPORATION and
SELECT COMFORT CORPORATION,

                      Defendants.
-------------------------------------------------------------------- x

STATE OF NEW YORK    )
                                 )ss.:
COUNTY OF NEW YORK  )

        L. DONALD PRUTZMAN, being duly sworn, deposes and says:

        1.     I am a member of the bar of this Court and of Tannenbaum Helpern Syracuse & Hirschtritt LLP, attorneys for Plaintiff, Sleepy's, LLC ("Sleepy's" or "Plaintiff"). I submit this reply affidavit in further support of its motion for leave to file a First Amended Complaint and to place certain documents before the Court. I am fully familiar with the facts and circumstances stated herein.

        2.     Attached as Exhibit 1 is a true and correct copy of Judge Lindsay's Memorandum and Order, dated February 8, 2008.

        3.     Attached as Exhibit 2 is a true and correct copy of Judge Lindsay's ruling, dated October 22, 2008.

[846533-1]

4. Attached as Exhibit 3 is a true and correct copy of a [REDACTION] produced by Select Comfort entitled [REDACTION] and labeled Bates SLCO0002764 through SLCO0002833. This document states that [REDACTION] See SLCO0002803. This document was designated as "Confidential" by Select Comfort, and is subject to the Confidentiality Stipulation and Protective Order in this case.

5. Attached as Exhibit 4 is a true and correct copy of a [REDACTION] produced by Select Comfort entitled [REDACTION] labeled Bates SLCO0002652 through SLCO0002667. This document states that [REDACTION] (SLCO0002657) and that [REDACTION] and that [REDACTION] See SLCO0002660. This document was designated as "Confidential" by Select Comfort, and is subject to the Confidentiality Stipulation and Protective Order in this case.

6. Attached as Exhibit 5 is a true and correct copy of a [REDACTION] produced by Select Comfort entitled [REDACTION] and labeled Bates SLCO00109037 through SCLO0010939. This document [REDACTION]

# REDACTED

See SLCO0010938.

/s/ L. Donald Prutzman

L. Donald Prutzman

Sworn to before me this
2nd day of December, 2008

/s/ George Foulke du Pont
Notary Public