EXHIBIT 5

**CONFIDENTIAL DOCUMENT
FILED UNDER SEAL**