## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**  Roanne L. Mann                **DATE :**  1/9/09

DOCKET NUMBER    **08-530M**                LOG # :  2 : 44 -  2 : 53

DEFENDANT'S NAME :    **Eliyahu Ezagui**
                          ✓ Present      ___ Not Present        ___ Custody    ✓ Bail

DEFENSE COUNSEL :    **John Meringolo**
                          __ Federal Defender    __ CJA        ✓ Retained

A.U.S.A:    **Melissa Marrus**            DEPUTY CLERK :    **Felix Chin**

INTERPRETER : _____    (Language)

___ *Bond modification* Hearing held. _____ Hearing adjourned to_____

___ Defendant was released on_____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail
application / package. **Order of detention** entered with leave to reapply to a Magistrate
or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered.   Code Type____  Start 2/1/09 Stop 4/1/09

___ Order of Speedy Trial entered.   Code Type_____  Start_____ Stop _____

___ Defendant's first appearance.    ___Defendant arraigned on the indictment.

___ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS: Bond modified: Dft permitted to travel to Israel
for two weeks. Dft to surrender his passport upon
return.