UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ROZALIE SCHACHTER, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>       Plaintiffs,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, LONG ISLAND AUTOMOTIVE GROUP, INC., and HEMPSTEAD AUTO COMPANY, INC.<br><br>       Defendants. | Civil Action No.<br>09-1538 (JS) (ETB) |

## APPEARANCE OF COUNSEL

TO: The clerk of the court and all parties of record

  I am authorized to practice in this court, and I appear in this case as counsel for:

Jaguar Land Rover North America, LLC, Long Island Automotive Group, Inc., and Hempstead Auto. Co., Inc.

Date: April 20, 2009

              Respectfully submitted,

                /s/ Martin A. Price
              MARTIN A. PRICE (NYS BAR # 3959582)*
              HOGAN & HARTSON L.L.P.
              555 Thirteenth Street, N.W.
              Washington, D.C. 20004
              maprice@hhlaw.com
              Ph: (202) 637-5540
              Fax: (202) 637-5910

              *Attorney for Defendants*

* *admitted pro hac vice*