PRE-MOTION
CIVIL CAUSE FOR CONFERENCE

BEFORE JUDGE: SPATT  DATE: April 2, 2009  TIME: 9:00 13
                                               15 mins
DOCKET NUMBER: CV-08-2970

TITLE: SAMIRAH, et al. v. VARSHA M. SABHNANI, et al.

COURT DEPUTY: MARY ELLEN SCHAFFNER

APPEARANCES: FOR PLAINTIFF: Matthew Levine, Esq.
                            David Loretto, Esq.
                            Ivy Oracion Suriyopas, Esq.

             FOR DEFENDANT: Sam P. Israel, Esq.

C/R

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 02 2009 ★
LONG ISLAND OFFICE

✓ CASE CALLED.

✓ COUNSEL FOR ALL SIDES PRESENT

__ COUNSEL FOR _____ NOT PRESENT

✓ PRE-MOTION CONFERENCE HELD

__ CASE MARKED READY FOR TRIAL

__ FURTHER STATUS CONFERENCE SCHEDULED FOR

✓ OTHER  plffs to add a new claim - decision reserved until after a decision is rendered from the Second Circuit in the criminal case - no objection by defts.

Discovery is postponed until after a decision from the Second Circuit.