# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
J. Frederick Motz
United States District Court
District of Maryland

Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**BROOKLYN**
Robert A. Cahn
Executive Attorney

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
 Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.

★ MAY 0 4 2009

April 27, 2009

TO INVOLVED JUDGES

Re: MDL No. 2068 - - IN RE: Light Cigarettes Marketing and Sales Practices Litigation

(See Attached Schedule of Actions)

Dear Judges:

Presently before the Panel pursuant to 28 U.S.C. § 1407 is a motion to transfer which includes at least one action before you in the above-described docket. Our rules give the parties an opportunity to fully brief the question of transfer. Thereafter, the Panel will consider the matter at its bimonthly hearing session. In the meantime, your jurisdiction will continue until any transfer ruling becomes effective.

Of course, you are free to rule on any pending motion or you may wish to wait until the Panel has decided the transfer issue. If you do rule on any dispositive motions, please notify the Panel staff via e-mail (MDLPanelOrders@ao.uscourts.gov) or fax (202-502-2888). Please feel free to contact our staff in Washington with any questions.

Sincerely,

John G. Heyburn II
Chairman



# IN RE: LIGHT CIGARETTES MARKETING AND SALES PRACTICES LITIGATION

MDL No. 2068

## SCHEDULE OF ACTIONS

### Southern District of California

Miles Tyrer v. Philip Morris USA, Inc., et al., C.A. No. 3:09-52 (Judge Thomas J. Whelan)

### District of Colorado

John Fray v. Philip Morris USA, Inc., et al., C.A. No. 1:09-339 (Judge Marcia S. Krieger)

### Southern District of Florida

Joseph W. Boyd v. Philip Morris USA, Inc., et al., C.A. No. 9:09-80162 (Judge Daniel T.K. Hurley)

### Northern District of Illinois

Vicki Goins v. Philip Morris USA, Inc., et al., C.A. No. 1:09-118 (Judge Joan Humphrey Lefkow)
Brian Cleary, et al. v. Philip Morris, Inc., et al., C.A. No. 1:09-1596 (Judge Matthew F. Kennelly)

### District of Maine

Stephanie Good, et al. v. Altria Group, Inc., et al., C.A. No. 1:05-127 (Judge John A. Woodcock, Jr.)

### Eastern District of New York

Karen McLaughlin v. Philip Morris USA, Inc., et al., C.A. No. 1:04-1945 (Judge Jack B. Weinstein)
Marcia L. Caronia, et al. v. Philip Morris USA, Inc., C.A. No. 1:06-224 (Judge Carol Bagley Amon)
Bryant Tang v. Philip Morris USA, Inc., C.A. No. 1:08-5085 (Judge Sandra L. Townes)
Kathryn Domaingue v. Philip Morris USA, Inc., et al., C.A. No. 1:09-1144 (Judge David G. Trager)

### Southern District of Texas

Vincent Salazar v. Philip Morris USA, Inc., et al., C.A. No. 4:09-339 (Judge David Hittner)