# ALAN D. LEVINE
ATTORNEY AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415

(718) 793-6363
FAX: (718) 520-8751
E-MAIL: alandlaw@justice.com

May 4, 2009

**VIA ECF**
Honorable Arlene Rosario Lindsay
United States Magistrate Judge
100 Federal Plaza
Central Islip, NY 11722

Re: <u>Feder v. Stella, et al.</u>
07 CV 3538 (ARL)

Dear Judge Lindsay:

I am the attorney for the plaintiff in the above-referenced action. At the parties' request you have adjourned the final conference in the above-referenced action to June 1, 2009, at 2:00 P.M.

I am already scheduled to be in depositions that entire day, which depositions cannot be adjourned. Consequently, I am hereby requesting, with the consent of the attorney for the defendants, that the conference be adjourned until the afternoon of the following day, June 2, 2009.

Very truly yours,

ALAN D. LEVINE

ADL/ll
cc: Richard T. Dunne, Esq.