UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re: ZYPREXA PRODUCTS
LIABILITY LITIGATION

MDL No. 1596 (JBW)
06-cv-6224

THIS DOCUMENT RELATES TO:

Shelly and Lisa Swiger

vs.

Eli Lilly and Company
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 0 4 2009 ★
BROOKLYN OFFICE

## STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, this 21st day of April, 2009, it is hereby STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(2), that Plaintiffs, Shelly and Lisa Swiger, hereby dismisses their claims against Defendant, Eli Lilly and Company, in the above-captioned matter with prejudice. The parties will bear their own costs and counsel fees.

_____
Shelly Swiger
Lisa Swiger
P.O. Box 433
Salyersville, KY 41465
(606) 349-4211

Plaintiffs

_____
Nina M. Gussack
Andrew R. Rogoff
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

Attorneys for Defendant Eli Lilly and Company

So Ordered:

_____
5/4/9