

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLD/MJF
F.#2008R01522

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 14, 2009

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>United States v. Robert Simels, et al.</u>
          Criminal Docket No. 08-640 (JG)

Dear Judge Gleeson:

      We respectfully submit this letter to inform the Court that the Drug Enforcement Administration provided our Office with all the recordings by the confidential witness (the "CW"). After examining these recordings, we identified one additional conversation between the CW and an individual other than the defendants that relates to this case. Accordingly, we are disclosing this additional recording to the defense.

                Respectfully submitted,
                BENTON J. CAMPBELL
                United States Attorney

            By:       /s/
                Steven L. D'Alessandro
                Morris J. Fodeman
                Assistant U.S. Attorneys

cc: Counsel of Record (Via ECF)
    Clerk of the Court (JG) (Via ECF)