

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JPN
F.#2005R01396

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 26, 2009

**BY FEDEX**

Robert Beecher, Esq.
15 Barberry Lane
New Providence, NJ 07974

      Re:   United States v. Juju Jiang
            <u>Criminal Docket No. 09-097(NGG)</u>

Dear Mr. Beecher:

      At your request, I am sending this correspondence to you at the above-referenced address.  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes supplemental discovery with respect to the above-referenced matter.  The government also requests reciprocal discovery.

      Enclosed are copies of the following documents (Bates stamped P1616 - P2576):

- documents obtained from Citibank (Bates stamped P1616 - P1647);
- documents obtained from Vesta (Bates stamped P1648 - P1654);
- documents obtained from Definitions Private Gyms for Personal Training (Bates stamped P1655 - P1659);
- documents obtained from TMobile (Bates stamped P1660 - P1837); and
- documents obtained from Fidelity Investments (Bates stamped P2502 - P2576).

      Additionally, enclosed please find a compact diskette produced from Fidelity Investments containing recordings of telephone calls.

If you have any questions or further requests, please do not hesitate to contact me.

>                        Very truly yours,
>
>                        BENTON J. CAMPBELL
>                        United States Attorney
>                        Eastern District of New York
>
>                By:     ___/s/_____
>                        John P. Nowak
>                        Assistant U.S. Attorney
>                        (718) 254-6097

Enclosures
cc: Clerk of the Court (NGG) (w/o enclosures) (by ECF)