UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
VINCENT and DOMENICA ANTIGNANO
Parents o/b/o the disabled child
RACHEL ANTIGNANO,

                                Plaintiffs,

- against -

WANTAGH UNION FREE SCHOOL DISTRICT,

                                Defendant.
-------------------------------------------------------------------x

**APPEARANCE OF COUNSEL**

CV-09-2397 (SJF)(ETB)

To:    The Clerk of Court and all parties of record

I am authorized to practice in this court, and I appear in this case as lead counsel for:

WANTAGH UNION FREE SCHOOL DISTRICT

Ethan D. Balsam remains as co-counsel for the above-named Defendant.

Date:    June 23, 2009

                                                _____
                                               CHRISTOPHER VENATOR(CV 8347)

                                               INGERMAN SMITH, L.L.P.
                                             150 Motor Parkway, Suite 400
                                             Hauppauge, New York 11788
                                             (631) 261-8834 (business)
                                             (631) 261-8851 (facsimile)
                                             cvenator@ingermansmith.com

To:    Vincent & Domenica Antignano
        *Pro Se Plaintiffs*
        1601 Hitchcock Road
        Wantagh, New York 11793
        (516) 375-0168

Dockets.Justia.com