# CRIMINAL CAUSE FOR STATUS CONFERENCE

Before: **Dora L. Irizarry, U.S.D.J.**   Date: **July 24, 2009**   Time in Court: _21_ **mins.**

Docket Number: **08-CR-187**

Deft Name:   **Sylvester Twine**   # 4
   _X_ Present   ___ Not Present   _X_ Custody   ___ Bail

Defense Counsel:   **John Wallenstein**
   _X_ CJA   ___ Retained   ___ Federal Defenders

A.U.S.A.:   **Licha Nyiendo**

Court Reporter: **Anthony Mancuso**   Deputy Clerk: **Christy Carosella**

CJA Attorney present: **Michael Sporn**

_X_   Status Conference held.

_X_   Speedy Trial: Code Type __XT__ Start__7/24/09__ Stop _9/18/09_
   ___ Order / Waiver Executed & Filed.   _X_ Entered on Record.
   _X_ In the Interest of Justice as Stated on the Record and with Consent of Parties.

_X_   Further Status Conference set for **SEPTEMBER 18, 2009 AT 2:00 PM.**

Other: **Conference held to address defendant's request to have new counsel appointed. Mr. Wallenstein requests to be relieved. The request is granted. Mr. Sporn is appointed to represent Mr. Twine. Mr. Wallenstein shall provide his file and all documents in his possession related to this case to Mr. Sporn. Mr. Wallenstein notes that he had prepared draft motions in this case; he will provide those to Mr. Sporn. The motion deadline in this case is held in abeyance as to Mr. Twine in light of appointment of new counsel. Government's request respond to all defense motions simultaneously is granted. Therefore, no deadline is set for government's opposition at this time. Government shall notify counsel for two remaining co-defendants of the change to the briefing schedule. Government notes that it is engaged in plea negotiations with respect to the two remaining co-defendants.**