**R**obert **W**isniewski **P.C.**
ATTORNEYS-AT-LAW
**225 Broadway, Suite 1020**
**New York, New York 10007**

------

**TEL: (212) 267-2101**
**FAX: (212) 587-8115**

August 25, 2009

Hon. Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
    *VIA ECF*

**Re: Jankowski et al. v. Castaldi et al.**
**01-cv-0164 (KAM)**

Dear Judge Matsumoto:

    Plaintiffs' counsel are the undersigned, Leon Greenberg, Esq. and Constantine Kokkoris, Esq. This is a joint status report by the parties. It is filed four hours after time owing to our inability to connect earlier to agree on the text of the letter.

    As regards the issues of payments to the named plaintiffs, all have been resolved, with the exception of a need to issue a replacement check to one of the beneficiaries of Jan Szczecina because of the wrong name of the payee. Today, I returned the check that needs to be replaced to Ms. Rodriguez-Morick and expect a replacement check to arrive soon.

    The parties have been unable to resolve their differences with respect to certain claims by the class members.

                                                          Respectfully submitted,
                                                         _____/s/_____
                                                         Robert Wisniewski (RW-5308)

cc:    Jeanette Rodriguez-Morick, Esq.
          Counsel for Defendants