UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

KATHLEEN GIARDINA AND LYNN PANARIELLO

                Plaintiff,                      CV-08-2007

    -against-

                                                    **NOTICE OF MOTION**

NASSAU COUNTY, NASSAU COUNTY AND THE
CIVIL SERVICE EMPLOYEES ASSOCIATION, INC.,
A.F.S.C.M.E., LOCAL 1000, AFL-CIO, BY ITS
LOCAL 830,
                Defendants.
-------------------------------------------------------------------x

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and all the pleadings heretofore had herein, the defendants, County of Nassau, by their attorney LORNA B. GOODMAN, Nassau County Attorney, Susan M. Tokarski, Deputy County Attorney, move pursuant to Rule 12 of the Federal Rules of Civil Procedure to dismiss the plaintiffs complaint for failure to state a cause of action as the claims are barred by res judicata and collateral estoppel.

Dated: Mineola, New York
       August 31, 2009

                                              LORNA B. GOODMAN
                                              NASSAU COUNTY ATTORNEY
                                By:
                                              Susan M. Tokarski (ST 2694)
                                              One West Street
                                              Mineola, New York 11501
                                              (516) 571-3001
                                              Attorney for Defendant – Nassau

Koschitzki v. Apple Inc. et al                                                                                              Doc. 278

To:
Lynn M. Panariello
Pro SE Plaintiff
204 Palo Alto Drive
Plainview, NY 11803

Kathleen Giardina
Pro Se Plaintiff
1849 Longfellow Street
Baldwin, NY 11510

Ellen M. Mitchell
Senior Associate Counsel
CSEA Headquarters
143 Washington Avenue
Capitol Station Box 7125
Albany, New York 12224-0125