## AFFIDAVIT OF SERVICE

KATHLEEN GIARDINA and LYNN PANARIELLO v. NASSAU COUNTY AND THE CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., A.F.S.C.M.E., LOCAL 1000, AFL-CIO, BY ITS LOCAL 830

STATE OF NEW YORK )
: ss.:
COUNTY OF NASSAU )

Diana Williams, being duly sworn, deposes and says, that deponent is over twenty-one years of age, not a party to the proceedings herein, and that deponent is employed in the office of the County Attorney of Nassau County, that on **NOTICE OF MOTION and MEMORANDUM OF LAW with EXHIBITS**, deponent served, by mail, the within, upon:

Kathleen Giardina
1849 Longfellow Street
Baldwin, NY 11510

and

Lynn Panariello
204 Palo Alto Drive
Plainview, NY 11803

by depositing a true copy of the same securely enclosed in a post-paid wrapper in a post office box regularly maintained by the United States Government at Nassau County Executive Building, Mineola, New York, directed to the above at the addresses designated by them for the purpose upon the preceding papers.

*Diana Williams*
Diana Williams

Sworn to before me this
31st day of August, 2009

*John Lindsay Anderson*
Notary Public

JOHN LINDSAY ANDERSON
NOTARY PUBLIC, State of New York
No. 4936183
Qualified in Nassau County
Commission Expires July 5, 2010

Koschitzki v. Apple Inc. et al    Doc. 278 Att. 1