# ROSENBLATT, FRASCIELLO & KNIPPING-DIAZ, LLC

*Attorneys and Counselors at Law*
4791 Broadway
New York, N.Y. 10034
Tel: (212) 544-8892
Fax: (212) 544-8173

LAWRENCE ROSENBLATT*
GIULIO S. FRASCIELLO
FRANCISCO KNIPPING-DIAZ

August 31, 2009

* MEMBER N.Y., N.J. BAR

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Orlando Herrera
Indictment Nos.: 05-CR549 and 06-CR177

Dear Judge Dearie:

Please be advised that I represented Mr. Orlando Herrera-Perez in the above referenced Criminal matters.

After Mr. Herrera-Perez was sentenced, he decided to file an appeal with the United States Court of Appeals which has been assigned Docket No. 09-0565-cr. Unfortunately, I do not represent clients on Appeals.

I am requesting to be released as Mr. Herrera-Perez' attorney so that he may acquire an attorney as an Indigent Prisoner.

If you have any questions, do not hesitate to contact this office.

Thank you for your attention and cooperation in this matter.

Very truly yours,

FRANCISCO A. KNIPPING-DIAZ

APPLICATION TO BE RELIEVED
AS COUNSEL, **GRANTED.**
**SO ORDERED.**
9/2/09

s/ Judge Raymond J. Dearie