# GIAIMO ASSOCIATES, LLP

ATTORNEYS AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415
E-MAIL: giaimoassociates@aol.com
(718) 261-6200
FAX: (718) 261-0316

JOSEPH O. GIAIMO
JADE L. FULLER

OF COUNSEL
STEPHEN J. FEIN
JOHN T. WISELL
CINTRA GARCIA, PARALEGAL

Koschitzki v. Apple Inc. et alDoc. 285

September 9, 2009

Honorable Frederic Block
United States District Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    RE:    Schultz v. Tribune Company, Inc., et al.
             Docket No. 06 cv 4800
             Our File No. 2596

Dear Judge Block:

    As attorneys for plaintiff in the above-entitled matter we reply to the defendants' attorney's letter of August 26, 2009 in opposition to our request for a pre-motion conference prior to a motion to amend the complaint to include a cause of action under Title 5 U.S.C. §2302(b)(8) i.e., the "Whistle Blower."

    We extend our most sincere apologies for any waste of judicial resources or time resulting from our oversight in mistakenly citing the Federal Whistle Blower law rather than New York State Whistle Blower-law which actually has an expired one year statute of limitations.

Dockets.Justia.com

Accordingly, we withdraw our request for a pre-motion conference and await a decision on the defendants' motion for summary judgment.

Respectfully yours,

Joseph O. Giaimo

JOG/lmp

cc: Eric Hoffman, Esq.