

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JB:EMN
F.#2005R01825

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 10, 2009

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:  United States v. Volkan Mergen
          Criminal Docket No. 06-352 (NGG)

Dear Judge Garaufis:

     The government respectfully writes to request an adjournment of the next status conference from September 14, 2009 to September 25, 2009, or another date thereafter convenient for the Court.  The government has consulted with counsel for the defendant, Martin Siegel, Esq., who joins this request.

     At the last status conference on August 25, 2009, the government informed the Court that the deadline for the defendant to respond to its final plea offer was August 31, 2009. Accordingly, the Court set September 14, 2009 as the next status conference in the event the defendant elected to proceed to trial.  The following week, the defendant sought additional time to consider the offer, and the government agreed.  On September 8, 2009, counsel informed the government that the defendant had rejected the offer and wished to proceed to trial.

     Accordingly, the government has begun preparing for trial and plans to seek a superseding indictment next week or the following week, at the latest.  As the government indicated at the last status conference, and as counsel has long been aware, the additional charges it expects to file will entail little or no additional discovery and should neither unduly delay the commencement of trial nor materially lengthen the trial.  The requested adjournment will, however, permit a fuller discussion of the anticipated additional charges at the next status conference so that the Court may set the date for trial.

In the event the Court grants the adjournment, the government respectfully requests that the Court enter an order, pursuant to 18 U.S.C. § 3161(h)(7)(A), excluding the time between September 14, 2009 and the date the Court sets for the next status conference in computing the time within which trial must commence, in the interests of justice and to permit the parties to effectively prepare for trial. The defendant does not object to the entry of such an order.

Respectfully submitted,

BENTON J. CAMPBELL
United States Attorney


By: _____/s/_____
Evan M. Norris
Jack Dennehy
Assistant U.S. Attorneys
(718) 254-6376/6133

cc: Martin Siegel, Esq. (by ECF)
    Clerk of the Court (NGG) (by ECF)