UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF NEW YORK

Yvonne and Charles Harvey,

      Plaintiffs,

- against -

Home Savers Consulting Corp., et al.,

      Defendants.

Civil Action No.
07-CV-2645 (JG)

**CERTIFICATE OF SERVICE**

  I, Nicholas Harmon, a Legal Assistant at Emery Celli Brinckerhoff & Abady LLP, hereby certify under penalty of perjury that I am not a party to the above action, am over 18 years of age, and reside in Kings County, in the state of New York.

  On the 2nd day of October, 2009, I caused to be served true and complete copies of **ORDER GRANTING MOTION TO COMPEL,** dated October 1, 2009, by emailing electronic copies of same to the indicated email addresses of the individuals mentioned below:

Bob Walters
*Attorney for Ophelia Ray*
bob@bobwalterslaw.com

Michael Hueston
*Attorney for Krishna Maharaj*
mhueston@nyc.rr.com

  On that same date, I caused to be served true and complete copies of **ORDER GRANTING MOTION TO COMPEL,** dated October 1, 2009, by placing a copy of said document in a sealed Federal Express envelope, affixing a pre-paid air bill to said envelope, and causing the envelope to be delivered to a Federal Express agent for delivery upon the intended party mentioned below, for which proof of delivery is hereto attached:

Phil Simon
237 Flatbush Avenue
Brooklyn, NY 11217

Phil Simon
615 Washington Avenue
Brooklyn, NY 11238

Dockets.Justia.

On that same date, I caused to be served a true and complete copy of **ORDER GRANTING MOTION TO COMPEL,** dated October 1, 2009, by depositing a true and accurate copy of same, enclosed in a properly addressed postpaid wrapper, in the post office or official depository under the exclusive care and custody of the United States Postal Service, upon the individual mentioned hereunder:

>Phil Simon
>237 Flatbush Avenue
>Brooklyn, NY 11217
>
>Phil Simon
>615 Washington Avenue
>Brooklyn, NY 11238

Dated: New York, New York
      October 2, 2009

_____
Nicholas Harmon