| PROB 22 (Rev. 2/88) | FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ OCT 0 8 2009 ★ BROOKLYN OFFICE | DOCKET NUMBER *(Tran. Court)* 07-CR-522 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

## TRANSFER OF JURISDICTION

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Barry Saines<br>5428 Viburnum Circle<br>Del Ray, Florida 33484 | Eastern District of New York | |
| | NAME OF SENTENCING JUDGE<br>The Honorable Jack B. Weinstein, Sr. U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 6/17/09 | TO 6/16/12 |

**OFFENSE**

Structuring Monetary Transactions to Evade Reporting Requirements, in violation of 31 USC § 5324(a)(3) and (d)(1), a Class D felony.

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Eastern_____ DISTRICT OF _____New York_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Southern District of Florida_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date 10/6/9

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Southern_____ DISTRICT OF _____Florida_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____        _____
Effective Date                                              United States District Judge