**Complete and Mail To:**
**Valli Kane & Vagnini, LLP**
**Attn: NCPD Collective Action**
**600 Old Country Road, Suite 519**
**Garden City, New York 11530**
**Toll Free: (866) 441-2873**
**Fax: (516) 706-0248**

## CONSENT TO JOIN COLLECTIVE ACTION

By signing below, I state that I am currently or was formerly employed with the Nassau County Police Department (NCPD) and a member of the Patrolmen's Benevolent Association (PBA) and/or the Detectives Association Incorporated (DAI) and/or the Superior Officers Association (SOA). I also state that I am 40 years old or greater. I was subjected to the termination pay cap and therefore experienced discrimination based on my age. I hereby consent to join the lawsuit entitled *Young, et al. On Behalf of Themselves and All Others Similarly Situated v. County of Nassau, Nassau County Police Department et. al.* which is being brought pursuant to the Age Discrimination in Employment Act.

I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by my attorneys and approved by this Court as fair and reasonable.

I hereby designate Valli Kane & Vagnini LLP (Plaintiff's Counsel") to represent me in this action and designate them along with the Class Representatives of this action as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation. I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or hereby consent to the retainer agreement entered into by the Class Representatives concerning attorney fees and costs and all other matters pertaining to this lawsuit.

7/31/09
Date

William F. Scharp
Signature

WILLIAM F. SCHARP
Full Legal Name (Print).

10.5.13 — PRESENT
Dates of Employment at NCPD