09-cv-524

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-7-09 |
| NAME OF SERVER (PRINT) Kelvi Frias | TITLE Process Servers |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 760 Broadway, Brooklyn, N.Y. 11206

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Name of person with whom the Summons and Complaint were left. Dian Jones

### STATEMENT OF SERVICE FEES

| TRAVEL N/A | SERVICES 35⁰⁰ | TOTAL $0.00 35⁰⁰ |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-1-09
            Date              Signature of Server

10 Marshall st. 2T, Irvington, N.J. 07111
Address of Server

[1] who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-16-09 |
| NAME OF SERVER (PRINT) Kelvi Frias | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 346 Broadway Ste 1107 New York, N.Y. 10013

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Name of Person with whom the Summons and Complaint were left: John M. Blaha

### STATEMENT OF SERVICE FEES

| TRAVEL 0 | SERVICES 35.00 | TOTAL $0.00 35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-24-09
Date

Signature of Server

10 Marshall St. 2T, Irvington, NJ 07111
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-28-09 |
| NAME OF SERVER (PRINT) Kelv Frias | TITLE Proces Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 530 1st Avenue New York, N.Y. 10016

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Name of Person with whom the summons and complaint were left: Helen Slender

### STATEMENT OF SERVICE FEES

| TRAVEL 0 | SERVICES 35.00 | TOTAL $0.00 35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-1-09
_____
Date

_____
Signature of Server

10 Marshall St. 2T, Irvington, N.J. 07111
_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[1] | DATE 5-21-09 |
| NAME OF SERVER (PRINT) Kelvi Frias | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: One Park Avenue 18th floor New York, N.Y. 10016

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Name of Person whom the order, summons and Complaint were left. Nicole Blaymore

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL N/A | SERVICES 35.00 | TOTAL $0.00 35.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-1-09
             Date          Signature of Server

10 Marshall st 2T, Irvington, N.J. 07111
Address of Server

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-21-09 |
| NAME OF SERVER (PRINT) Kelvi Frias | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 760 Broadway 10th Floor Brooklyn, NY 11206

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Name of Person with whom summons and Complaint along with Order were left: Dian Jones

### STATEMENT OF SERVICE FEES

| TRAVEL N/A | SERVICES 35 | TOTAL $0.00 35 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-1-09
Date          Signature of Server

10 Marshall Street Irvington, N.J. 07111
*Address of Server*

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## Eastern District of New York

**ORIGINAL**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 13 2009 ★
BROOKLYN OFFICE

HAZEL I. GIBBONS

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: CV 09 524
COGAN, J.
BLOOM, M.J.

WOODHULL MEDICAL CENTER
& NYU HOSPITAL CENTER

TO: (Name and address of defendant)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PRO SE:  HAZEL I. GIBBONS

196 GREEN AVENUE

FREEPORT, NY 11520

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN
CLERK

FEBRUARY 9, 2009
DATE

*Tara D. Hunter-Hicks*
(BY) DEPUTY CLERK

This form was electronically produced by Judy Deanda using Omniform Internet Publisher.

AO 440 (Rev. 10/93) Summons in a Civil Action

☐ ORIGINAL

# United States District Court
## Eastern District of New York

HAZEL I. GIBBONS

SUMMONS IN A CIVIL CASE

v.

CASE NUMBER:

WOODHULL MEDICAL CENTER
& NYU HOSPITAL CENTER

CV 09 524

COGAN, J.

BLOOM, M.J.

TO: (Name and address of defendant)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PRO SE: HAZEL I. GIBBONS

196 GREEN AVENUE

FREEPORT, NY 11520

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN
CLERK

FEBRUARY 9, 2009
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## Eastern District of New York

HAZEL I. GIBBONS

SUMMONS IN A CIVIL CASE

v.

CASE NUMBER:

WOODHULL MEDICAL CENTER
& NYU HOSPITAL CENTER

**CV 09 524**

**COGAN, J.**

**BLOOM, M.J.**

TO: (Name and address of defendant)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PRO SE:  HAZEL I. GIBBONS

196 GREEN AVENUE

FREEPORT, NY 11520

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN
CLERK

FEBRUARY 9, 2009
DATE

(BY) DEPUTY CLERK

This form was electronically produced by Jody Deems using Omniform Internet Publisher.